Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **Blue Clouds Health Care Incorporated** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**Treat Now Family Clinic**

**Treat Now Family Clinic and Psychiatry**

**3. Debtor's federal Employer Identification Number (EIN)**

9 0 – 0 9 0 8 5 0 5

**4. Debtor's address**

**Principal place of business**

**729 N Fielder Rd Ste A**
Number        Street

**Arlington, TX 76012**
City        State    ZIP Code

**Tarrant**
County

**Mailing address, if different from principal place of business**

Number        Street

City        State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City        State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Blue Clouds Health Care Incorporated**

Name

Case number *(if known)*

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>**6  2  1  1** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                              MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                              MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>        District _____ When _____<br>                              MM / DD / YYYY<br>        Case number, if known _____ |

Debtor   **Blue Clouds Health Care Incorporated**                                    Case number *(if known)*
_____
Name

| | |
|---|---|
| **11. Why is the case filed in *this* *district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br> Number      Street<br><br>_____<br><br>_____  _____  _____<br>City      State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

| **Statistical and administrative information** |
|---|

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99      ☐ 1,000-5,000  ☐ 5,001-10,000      ☐ 25,001-50,000  ☐ 50,000-100,000
☐ 100-199  ☐ 200-999    ☐ 10,001-25,000          ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000         ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion
☐ $50,001-$100,000       ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor   **Blue Clouds Health Care Incorporated**                                    Case number *(if known)*
         Name

| 16. Estimated liabilities | ❑ $0-$50,000 | ☑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
|---|---|---|---|
| | ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/08/2026**
              MM/ DD/ YYYY

X  **/s/ Catherine O'Connor**                          **Catherine O'Connor**
   Signature of authorized representative of debtor      Printed name

Title                    **President**

**18. Signature of attorney**

X _____**/s/ Clayton L. Everett**_____   Date **06/08/2026**
   Signature of attorney for debtor                              MM/ DD/ YYYY

**Clayton L. Everett**
Printed name

**Norred Law, PLLC**
Firm name

**515 E. Border**
Number        Street

**Arlington**                                    **TX**        **76010**
City                                             State      ZIP Code

**(817) 704-3984**                               **clayton@norredlaw.com**
Contact phone                                    Email address

**24065212**                                     **TX**
Bar number                                       State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **4**

Fill in this information to identify the case:

Debtor name        **Blue Clouds Health Care Incorporated**

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                          **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 On Deck Capital, Inc<br>4700 W Daybreak Pkwy #200<br>South Jordan, UT 84009 | | | | | | $341,511.04 |
| 2 SBA - Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416 | | | | | | $190,000.00 |
| 3 WEM Concept & Design LLC<br>1538 Cozy Drive<br>Fort Worth, TX 76120 | | | | | | $150,000.00 |
| 4 Bankers Healthcare Group (BHG)<br>10234 W. State Road 84<br>Davie, FL 33324 | | | | | | $132,000.00 |
| 5 EBF Holdings, LLC<br>756 East Winchester St. Ste 301<br>Salt Lake City, UT 84107 | | | | | | $97,300.00 |
| 6 ILend Advance LLC<br>333 Pearsall Ave<br>Cedarhurst, NY 11516 | | | | | | $61,700.00 |
| 7 Bravera Bank<br>PO Box 2197<br>Bismarck, ND 58502 | | | | | | $42,000.00 |
| 8 First National Bank of Omaha<br>P.O. Box 3128<br>Omaha, NE 68103 | | | | | | $42,000.00 |

Debtor   **Blue Clouds Health Care Incorporated**        Case number *(if known)* _____

Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Bankers Healthcare Group (BHG) 10234 W. State Road 84 Fort Lauderdale, FL 33324 | | | | | | $22,000.00 |
| 10 | Wells Fargo Signify Business Essential P.O. Box 40310 Mesa, AZ 85274 | | | | | | $21,000.00 |
| 11 | Wells Fargo Business Line of Credit P.O. Box 29482 Phoenix, AZ 85038 | | | | | | $20,000.00 |
| 12 | Wells Fargo Signify Business Essential P.O. Box 40310 Mesa, AZ 85274 | | | | | | $20,000.00 |
| 13 | Capital One Credit Card PO Box 30285 Salt Lake City, UT 84130 | | | | | | $14,000.00 |
| 14 | AAdvantage Aviator Business/Citibank P.O. Box 20507 Kansas City, MO 64195 | | | | | | $10,000.00 |
| 15 | Norred Law, PLLC Norred Law, PLLC 515 E. Border Arlington, TX 76010 | (817) 704-3984 | | | | | $3,262.00 |
| 16 | NovoClinical, LLC 1508 E. Skyline Drive #600 Ogden, UT 84405 | | | | | | $700.00 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### Northern District of Texas

**In re**      Blue Clouds Health Care Incorporated

Case No. _____

**Debtor**

Chapter _____**11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................................................................      **$13,262.00**

Prior to the filing of this statement I have received ....................................................................      **$10,000.00**

Balance Due ...............................................................................................................................      **$3,262.00**

2.      The source of the compensation paid to me was:

☐ Debtor            ☑ Other (specify)      **Catherine O'Connor, Individually** _____

3.      The source of compensation to be paid to me is:

☐ Debtor            ☑ Other (specify)      **Catherine O'Connor, Individually** _____

4.      ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.      Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.      Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

<div style="border: 1px solid black; padding: 20px;">

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **06/08/2026** | **/s/ Clayton L. Everett** |
|---|---|
| *Date* | Clayton L. Everett |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 24065212
Norred Law, PLLC
Norred Law, PLLC
515 E. Border
Arlington, TX 76010
Phone: (817) 704-3984

</div>

**Norred Law, PLLC**
*Name of law firm*

</div>

AAdvantage Aviator
Business/Citibank
P.O. Box 20507
Kansas City, MO 64195

Accu Data Workforce
Solutions
95 W Old Country Rd
Hicksville, NY 11801

Aetna Inc.
151 Farmington Avenue
Hartford, CT 06156

Ambetter of Texas
7700 Forsyth Boulevard
Saint Louis, MO 63105

Attorney General
Main Justice Bldg, Room 5111
10th & Constitution Ave., N.W.
Washington, DC 20530

Bankers Healthcare Group
(BHG)
10234 W. State Road 84
Fort Lauderdale, FL 33324

Bankers Healthcare Group
(BHG)
10234 W. State Road 84
Davie, FL 33324

Rick Barnes-Tax Assessor
100 E. Weatherford Street
Fort Worth, TX 76196

Blue Cross and Blue Shield of
Texas
1001 E. Lookout Drive
Richardson, TX 75082

Brackett & Ellis
100 Main St.
Fort Worth, TX 76102

Bravera Bank
PO Box 2197
Bismarck, ND 58502

C&O O'Connor Holding, LLC
729 N Fielder Rd Ste A
Arlington, TX 76012

Capital One Credit Card
PO Box 30285
Salt Lake City, UT 84130

Catherine O'Connor
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012

Chelena O'Connor
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012

Corporation Service Company
PO Box 2576
Springfield, IL 62708

EBF Holdings, LLC
756 East Winchester St. Ste 301
Salt Lake City, UT 84107

Elevance Health, Inc.
220 Virginia Avenue
Indianapolis, IN 46204

First National Bank of Omaha
P.O. Box 3128
Omaha, NE 68103

Healthy Texas Women
P.O. Box 200555
Austin, TX 78720

Humana
P.O. Box 14611
Lexington, KY 40512

ILend Advance LLC
333 Pearsall Ave
Cedarhurst, NY 11516

IRS
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101

Law Office of Caridi, P.C.
9809 4th Ave
Brooklyn, NY 11209

LGBS
100 Throckmorton St # 300
Fort Worth, TX 76102

Linebarger Goggan Blair &
Sampson
3500 Maple Avenue Suite 800
Dallas, TX 75219

Noor Aiman
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012

Norred Law, PLLC
Norred Law, PLLC
515 E. Border
Arlington, TX 76010

NovoClinical, LLC
1508 E. Skyline Drive #600
Ogden, UT 84405

On Deck Capital, Inc
4700 W Daybreak Pkwy #200
South Jordan, UT 84009

Oscar Health Plan
PO Box 52146
Phoenix, AZ 85072

Owen O'Connor
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012

Perdue Brandon Fielder
Collins and Mott LLP
500 E. Border #640
Arlington, TX 76010

Sachiko Nakashima
729 N. Fielder Rd Ste A
Arlington, TX 76012

Saireen Usman
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012

SBA - Small Business
Administration
409 3rd St SW
Washington, DC 20416

Serena Garcia
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012

State Comptroller
Revenue Accounting Division
PO Box 13528
Austin, TX 78711

Tax Division-US Dept. of
Justice
1700 Pacific Ave. Suite 3700
Dallas, TX 75201

Texas Alcoholic Bev. Comm.
Licenses and Permits Division
PO Box 13127
Austin, TX 78711

Texas Attorney General's
Office
Bankruptcy-Collections Div.
PO Box 12548
Austin, TX 78711

Texas Medical Board
P.O. Box 2018
Austin, TX 78768

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778

U.S. Attorney-North
3rd. Floor, 1100 Commerce St.
Dallas, TX 75242

U.S. Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242

United Healthcare
11000 Optum Circle
Eden Prairie, MN 55344

USB Equipment Finance
PO Box 790448
Saint Louis, MO 63179

Wells Fargo Business Line of
Credit
P.O. Box 29482
Phoenix, AZ 85038

Wells Fargo Signify Business
Essential
P.O. Box 40310
Mesa, AZ 85274

WEM Concept & Design LLC
1538 Cozy Drive
Fort Worth, TX 76120

Yajaira Robledo
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012

Yessica Medina
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Blue Clouds Health Care Incorporated**                    CASE NO

                                                                                           CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **06/08/2026**          Signature                    **/s/ Catherine O'Connor**
                                                                          Catherine O'Connor, President

**United States Bankruptcy Court**
**Northern District of Texas**

In re   **Blue Clouds Health Care Incorporated**                                      Case No. _____

                                                          Debtor(s)         Chapter            **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Blue Clouds Health Care Incorporated**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]


_____**06/08/2026**_____                          _____**/s/ Clayton L. Everett**_____

Date                                              **Clayton L. Everett**
                                                  Signature of Attorney or Litigant
                                                  Counsel for  **Blue Clouds Health Care Incorporated**
                                                  **Bar Number: 24065212**
                                                  **Norred Law, PLLC**
                                                  **Norred Law, PLLC**
                                                  **515 E. Border**
                                                  **Arlington, TX 76010**
                                                  **Phone: (817) 704-3984**
                                                  **Email: clayton@norredlaw.com**

# CORPORATE RESOLUTION OF BLUE CLOUDS HEALTH CARE INCORPORATED

## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS AND OFFICERS IN LIEU OF A SPECIAL MEETING

The undersigned, being all of the Directors and Officers of **Blue Clouds Health Care Incorporated** (the "Corporation"), a Texas corporation operating under the assumed names **Treat Now Family Clinic** and **Treat Now Family Clinic and Psychiatry**, hereby consent to, adopt, and approve the following resolutions by written consent in lieu of a special meeting, effective this **8th day of June, 2026**:

## RECITALS

**WHEREAS**, the Board of Directors has reviewed and analyzed the financial condition, liabilities, cash flow, and operational requirements of the Corporation, including the impact of recent revenue diversions and merchant cash advance obligations; and

**WHEREAS**, the Board of Directors has consulted with bankruptcy counsel regarding the options available to the Corporation to restructure its debts, preserve its operational value, protect its patient care infrastructure, and fulfill its corporate obligations; and

**WHEREAS**, the Board of Directors has determined that it is in the best interests of the Corporation, its creditors, its employees, and other interested parties that the Corporation file a voluntary petition for relief under **Chapter 11, Subchapter V** of Title 11 of the United States Code (the "Bankruptcy Code").

## RESOLUTIONS

### 1. Authorization to File for Chapter 11, Subchapter V Protection

**RESOLVED**, that the Corporation is hereby authorized and directed to file a voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code in the United States Bankruptcy Court for the appropriate district; and it is further

### 2. Designation of Authorized Representative

**RESOLVED**, that **Catherine O'Connor**, in her capacity as President and Governing Officer of the Corporation, is hereby designated as the Authorized Representative of the debtor entity, with full power and authority to execute, verify, and file on behalf of the Corporation the voluntary bankruptcy petition, schedules, statements of financial affairs, emergency first-day motions, and any other petitions, pleadings, exhibits, lists, or documents necessary or appropriate to initiate and prosecute the Subchapter V case; and it is further

**3. Retention of Legal Counsel**

**RESOLVED**, that the Authorized Representative is authorized and directed to retain the law firm of **Norred Law, PLLC** as general bankruptcy counsel to represent the Corporation in its Chapter 11, Subchapter V proceedings, and to pay a pre-petition retainer in connection with such legal services, subject to bankruptcy court approval; and it is further

**4. General Authorization for Operational Continuity**

**RESOLVED**, that the Authorized Representative is authorized to take any and all such actions, execute and deliver any and all such further instruments and documents, and pay all such fees and expenses as may be necessary or highly advisable, including the establishment of Debtor-in-Possession (DIP) bank accounts and execution of emergency payroll funding protocols, to safely steer the Corporation through its emergency restructuring.

**IN WITNESS WHEREOF**

The undersigned have executed this Unanimous Written Consent as of the date first written above, confirming their absolute authorization of the emergency bankruptcy filing today.

**GOVERNING OFFICER & PRESIDENT:**

By: _____

**Catherine O'Connor**

President / Authorized Representative, Blue Clouds Health Care Incorporated

Date: June 8, 2026