Norred Law, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Proposed Counsel for Blue Clouds Healthcare Incorporated

## United States Bankruptcy Court
### Northern District of Texas
Fort Worth Division

| In re: | Case No. 26-42540-elm |
| --- | --- |
| **Blue Clouds Health Care Incorporated** | |
| 729 N Fielder Rd Ste A | **Chapter 11** |
| Arlington, TX 76012 | |
| Tax ID / EIN: 90-0908505 | **Subchapter V Case** |
| | |
| **Debtor** | *Expedited Hearing Requested* |

**MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING ON:**

**DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, AND (III) COMPELLING TURNOVER OF PROPERTY BY SECURED CREDITORS AND INSURANCE PAYORS**

**DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO PAY PREPETITION WAGES, PAYROLL TAXES, PAYROLL PROCESSING CHARGES, AND CERTAIN CRITICAL OPERATIONAL EXPENSES**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY COURT:

Blue Clouds Healthcare Incorporated ("Blue Clouds" or the "Debtor"), Debtor and Debtor-in-Possession in the above-captioned Chapter 11 case, hereby requests that a hearing be set on *Debtor's Emergency Motion For Interim And Final Orders (I) Authorizing Use Of Cash Collateral, (Ii) Granting Adequate Protection, And (Iii) Compelling Turnover Of Property By Secured Creditors And Insurance Payors* [ECF Nos. 3, 4, and 5] and *Debtor's Emergency Motion for Authority to Pay Prepetition Wages, Payroll Taxes, Payroll Processing Charges, and Certain Critical Operational Expenses* [ECF No. 6]. In support of these motions, Debtor states as follows:

1.      Blue Clouds Health Care Incorporated, Debtor and Debtor-in-Possession, hereby requests that a hearing be set on *Debtor's Emergency Motion for Interim and Final Orders (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Compelling Turnover of Property by Secured Creditors and Insurance Payors,* [ECF Nos. 3, 4, and 5], *and Debtor's Emergency Motion for Authority to Pay Prepetition Wages, Payroll Taxes, Payroll Processing Charges, and Certain Critical Operational Expenses* [ECF No. 6] not later than **June 10, 2026**, or as soon thereafter as the Court's calendar permits. Hearing by such date is necessary because the Debtor operates a medical clinic and requires immediate authority to use cash collateral and pay critical operating expenses to preserve patient care, maintain employees, and avoid immediate and irreparable harm to the estate. The Debtor's payroll funding is on June 11, 2026. The Debtor also has critical operational expenses due on or about June 11, 2026, including virtual assistant/administrative support and electronic medical records/electronic medical billing expenses. Without emergency relief, the Debtor may be unable to fund payroll, maintain essential clinic operations, preserve insurance receivables, or continue uninterrupted patient care.

2.      Notice of proposed expedited hearing will be provided to: the Debtor, the Office of the United States Trustee, the Subchapter V Trustee, all parties receiving notice through the Court's CM/ECF system, all secured creditors and asserted cash-collateral parties identified in the Debtor's cash-collateral motion, the twenty largest unsecured creditors, the Debtor's payroll processor, affected payroll funding bank, NovoMedic/NovoClinical/NovoMedical, the virtual assistant/administrative contractor vendor, and the third-party insurance payors and turnover targets identified in the Debtor's cash-collateral motion, by CM/ECF notice, electronic mail where available, and/or first-class mail to parties not receiving electronic notice, with additional notice by telephone or other practical means as necessary under the circumstances, and will be sufficient

because the relief requested is emergency first-day relief necessary to avoid immediate and irreparable harm; the Debtor is providing notice to the United States Trustee, the Subchapter V Trustee, all known affected secured creditors, the parties whose rights may be directly affected by use of cash collateral, parties necessary to effectuate payroll and critical operational payments, and parties identified as holding or controlling receivables or proceeds necessary for the Debtor's continued operations.

3.      A hearing was not requested earlier because the Debtor filed this Chapter 11 Subchapter V case on June 8, 2026, and the need for immediate relief arose contemporaneously with the filing of the bankruptcy case due to the Debtor's severely constrained cash position, the imminent payroll check date of June 12, 2026, and the immediate need to preserve medical clinic operations and patient care.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests that this Court enter an Order (a) setting an expedited hearing on the Motion on or before June 10, 2026, and (b) granting the Debtor such other and further relief, at law or in equity, to which he may be justly entitled.

Respectfully submitted:


By: __/s/ Clayton L. Everett____
        Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Proposed Counsel for Debtor

## <u>CERTIFICATE OF CONFERENCE</u>

Given the emergency nature of this motion and the short time before the requested relief is needed, counsel has not yet been able to confer with affected parties and the US Trustee's attorney, but will supplement this certificate when such communication occurs.

By: __/s/ Clayton L. Everett____

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 9, 2026, a true and correct copy of the motion was served on all entities receiving CM/ECF and first-class mail to the following parties:

EBF Holdings, LLC d/b/a Everest Business Funding
Attn: Legal Department / Michael Guiliano
756 East Winchester St., Ste 301
Salt Lake City, UT 84107
And via *notice@ev-bf.com* and michael.guiliano@whetstoneholdings.com

ILend Advance LLC Attn: Legal Department
333 Pearsall Ave
Cedarhurst, NY 11516
And via Support@ilendadvance.com

On Deck Capital, Inc.
Attn: Bankruptcy / Legal Notice Dept.
4700 W. Daybreak Pkwy #200
South Jordan, UT 84009
And via support@ondeck.com

Bankers Healthcare Group (BHG)
Attn: Managing Officer / General Counsel
10234 W. State Road 84
Fort Lauderdale, FL 33324

USB Equipment Finance
 Attn: Bankruptcy Pleading Unit
PO Box 790448
Saint Louis, MO 63179

U.S. Small Business Administration (SBA)
Attn: Disaster Loan Processing Center
409 3rd St. SW
Washington, DC 20416

Corporation Service Company (CSC)
*As Representative Agent for Secured Filings*
PO Box 2576
Springfield, IL 62708

And via uccsprep@cscinfo.com

**And to Third-Party Insurance Payors & Turnover Targets:**

Oscar Health Plan Attn: Legal Department & Provider Claims
PO Box 52146
Phoenix, AZ 85072


Ambetter of Texas / Superior Health Plan
Attn: Compliance Officer / Insurance Operations
7700 Forsyth Boulevard
Saint Louis, MO 63105

UnitedHealthcare - Community Plan Medicaid
Attn: Legal & Provider EOB Intercepts
11000 Optum Circle
Eden Prairie, MN 55344
And via Uhc_garnishments@uhc.com

Aetna Inc.
Attn: Vanessa Vidro, Sr. Analyst / Provider Garnishments
151 Farmington Avenue
Hartford, CT 06156

Blue Cross and Blue Shield of Texas
Attn: Provider Network & Billing Operations
1001 E. Lookout Drive
Richardson, TX 75082

Healthy Texas Women Program
Attn: State Revenue & Claim Adjustments
P.O. Box 200555
Austin, TX 78720

Humana Health Plan
Attn: Corporate Claims Legal Department
P.O. Box 14611
Lexington, KY 40512


Elevance Health, Inc. / Wellpoint
 Attn: Managing Officer / EOB Claims Tracking
220 Virginia Avenue
Indianapolis, IN 46204

By: __/s/ Clayton L. Everett____
Clayton L. Everett