## United States Bankruptcy Court
### Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:** | **Case No. 26-42540-elm** |
| **Blue Clouds Health Care Incorporated** | |
| 729 N Fielder Rd Ste A | **Chapter 11** |
| Arlington, TX 76012 | |
| Tax ID / EIN: 90-0908505 | **Subchapter V Case** |
| | |
| **Debtor** | *Expedited Hearing Requested* |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING ON:**

**DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I)
AUTHORIZING USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE
PROTECTION, AND (III) COMPELLING TURNOVER OF PROPERTY BY SECURED
CREDITORS AND INSURANCE PAYORS, AND**

**DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO PAY PREPETITION
WAGES, PAYROLL TAXES, PAYROLL PROCESSING CHARGES, AND
CERTAIN CRITICAL OPERATIONAL EXPENSES**

The request for Motion for Expedited Hearing set for June_____, 2026, at_____,     on

*Debtor's Emergency Motion For Entry Of Interim And Final Orders Authorizing Debtor's Use Of*

*Cash Collateral Pursuant To Bankruptcy Code Sections 361, 362, And 363* [ECF Nos. 3, 4 and 5]

and *Debtor's Emergency Motion For Authority To Pay Prepetition Wages, Payroll Taxes, Payroll*

Page 1

*Processing Charges, And Certain Critical Operational Expenses* [ECF 6] filed by the Debtor is

GRANTED. Hearing to be held before the Honorable Edward L. Morris, via Webex at the

information below:

**For WebEx Video Participation/Attendance:**

**Link: https://us-courts.webex.com/meet/morris**

**Meeting Number: 2309-445-3213**

**For WebEx Telephonic Only Participation/Attendance:**

**Dial-In: 1.650.479.3207**

**Meeting ID: 2309 445 3213**

**WebEx Hearing Instructions may be obtained at the following address:**

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0**

**# # # END OF ORDER # # #**

Approved as to form:

Clayton L. Everett
Texas State Bar No. 24065212
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
Phone: (817) 704-3984
clayton@norredlaw.com
Proposed Counsel for Debtor