NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Proposed Counsel for Blue Clouds Healthcare Incorporated

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:** | **Case No. 26-42540-elm** |
| **Blue Clouds Health Care Incorporated** | |
| 729 N Fielder Rd Ste A | **Chapter 11** |
| Arlington, TX 76012 | |
| Tax ID / EIN: 90-0908505 | **Subchapter V Case** |
| **Debtor** | *Expedited Hearing Requested* |

## <u>NOTICE OF HEARING</u>

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that a hearing on *Debtor's Emergency Motion For Interim And Final Orders (I) Authorizing Use Of Cash Collateral, (Ii) Granting Adequate Protection, And (Iii) Compelling Turnover Of Property By Secured Creditors And Insurance Payors* [ECF Nos. 3, 4 and 5] and *Debtor's Emergency Motion For Authority To Pay Prepetition Wages, Payroll Taxes, Payroll Processing Charges, And Certain Critical Operational Expenses* [ECF 6] have been set for **Thursday, June 11, 2026, at 9:00 a.m.** before the Honorable Edward L. Morris, United States Bankruptcy Judge, via WebEx, information below:

**For WebEx Video Participation/Attendance:**

**Link: https://us-courts.webex.com/meet/morris**

**Meeting Number: 2309-445-3213**

**For WebEx Telephonic Only Participation/Attendance:**

**Dial-In: 1.650.479.3207**

**Meeting ID: 2309 445 3213**

**WebEx Hearing Instructions may be obtained at the following address:**

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0**

DATE: June 9, 2026.

Respectfully submitted:

By: /s/ Clayton L. Everett
Clayton L. Everett, State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St., Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Proposed Counsel for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 9, 2026, a true and correct copy of the notice was served on all entities receiving CM/ECF and first-class mail to the following parties:

EBF Holdings, LLC d/b/a Everest Business Funding
Attn: Legal Department / Michael Guiliano
756 East Winchester St., Ste 301
Salt Lake City, UT 84107
And via *notice@ev-bf.com* and michael.guiliano@whetstoneholdings.com

ILend Advance LLC Attn: Legal Department
333 Pearsall Ave
Cedarhurst, NY 11516
And via Support@ilendadvance.com

On Deck Capital, Inc.
Attn: Bankruptcy / Legal Notice Dept.
4700 W. Daybreak Pkwy #200
South Jordan, UT 84009
And via support@ondeck.com

Bankers Healthcare Group (BHG)
Attn: Managing Officer / General Counsel
10234 W. State Road 84
Fort Lauderdale, FL 33324

USB Equipment Finance
 Attn: Bankruptcy Pleading Unit
PO Box 790448
Saint Louis, MO 63179

U.S. Small Business Administration (SBA)
Attn: Disaster Loan Processing Center
409 3rd St. SW
Washington, DC 20416

Corporation Service Company (CSC)
*As Representative Agent for Secured Filings*
PO Box 2576
Springfield, IL 62708
And via uccsprep@cscinfo.com

**And to Third-Party Insurance Payors & Turnover Targets:**

Oscar Health Plan Attn: Legal Department & Provider Claims
PO Box 52146
Phoenix, AZ 85072

Ambetter of Texas / Superior Health Plan
Attn: Compliance Officer / Insurance Operations
7700 Forsyth Boulevard
Saint Louis, MO 63105

UnitedHealthcare - Community Plan Medicaid
Attn: Legal & Provider EOB Intercepts
11000 Optum Circle
Eden Prairie, MN 55344
And via Uhc_garnishments@uhc.com

Aetna Inc.
Attn: Vanessa Vidro, Sr. Analyst / Provider Garnishments
151 Farmington Avenue
Hartford, CT 06156

Blue Cross and Blue Shield of Texas
Attn: Provider Network & Billing Operations
1001 E. Lookout Drive
Richardson, TX 75082

Healthy Texas Women Program
Attn: State Revenue & Claim Adjustments
P.O. Box 200555
Austin, TX 78720

Humana Health Plan
Attn: Corporate Claims Legal Department
P.O. Box 14611
Lexington, KY 40512

Elevance Health, Inc. / Wellpoint
Attn: Managing Officer / EOB Claims Tracking
220 Virginia Avenue
Indianapolis, IN 46204

By: __/s/ Clayton L. Everett____
Clayton L. Everett