NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Proposed Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:** | **Case No. 26-42540-elm** |
| **Blue Clouds Health Care Incorporated** | |
| 729 N Fielder Rd Ste A | **Chapter 11** |
| Arlington, TX 76012 | |
| Tax ID / EIN: 90-0908505 | **Subchapter V Case** |
| | |
| **Debtor** | *Expedited Hearing Requested* |

## DEBTOR'S WITNESS AND EXHIBIT LIST FOR EXPEDITED FIRST-DAY HEARING

Blue Clouds Health Care Incorporated, d/b/a Treat Now Family Clinic and d/b/a Treat Now Family Clinic and Psychiatry ("Debtor"), files this Witness and Exhibit List for the expedited first-day hearing set for June 11, 2026, at 9:00 a.m., on the following matters:

1. Debtor's Emergency Motion for Interim and Final Orders (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Compelling Turnover of Property by Secured Creditors and Insurance Payors; and

2. Debtor's Emergency Motion for Authority to Pay Prepetition Wages, Payroll Taxes, Payroll Processing Charges, and Certain Critical Operational Expenses.

### A. Witness List

The Debtor may call the following witnesses:

1. Dr. O'Connor / Debtor's Principal or Authorized Representative;

2. Any representative of an insurance payor, clearinghouse, payment processor, Merchant Cash Advance lender, secured creditor, or other party in interest who appears or testifies at the hearing;

3. Any rebuttal or impeachment witness necessary based on testimony or argument presented at the hearing.

## B. Exhibit List

**Exhibit No.**

1. Proposed Emergency Interim Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Compelling Turnover of Property by Secured Creditors and Insurance Payors;

2. Original 14-Day Emergency Budget and Normalized Post-Petition Monthly Operating Budget attached to the cash-collateral motion.

3. Amended Cash-Collateral Budget, if offered, showing updated operating expenses and normalized monthly cash needs;

4. Proposed Emergency Order Authorizing Payment of Prepetition Wages, Payroll Taxes, Payroll Processing Charges, and Certain Critical Operational Expenses;

5. Payroll and Critical Operational Expenses Summary;

6. Payroll Register;

7. NovoMedical Invoice Statement;

8. Estimate A/R from Continued Operations;

9. Any exhibit offered by another party, to the extent adopted or used by the Debtor;

10. Any rebuttal or impeachment exhibit necessary based on testimony, argument, or exhibits offered at the hearing.

## Reservation of Rights

The Debtor reserves the right to amend or supplement this Witness and Exhibit List, to call any witness identified by any other party, to offer any exhibit listed by any other party, to use

26-42540-elm11, Witness & Exhibit List

exhibits for impeachment or rebuttal, and to offer additional exhibits as necessary based on the

evidence, testimony, argument, or objections presented at the hearing

DATED: June 10, 2026.

Respectfully submitted:

By: __/s/ Clayton L. Everett____
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Proposed Counsel for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2026, a true and correct copy of the foregoing document was served on all entities receiving CM/ECF and first-class mail to the following parties:

EBF Holdings, LLC d/b/a Everest Business Funding
Attn: Legal Department / Michael Guiliano
756 East Winchester St., Ste 301
Salt Lake City, UT 84107
And via *notice@ev-bf.com* and *michael.guiliano@whetstoneholdings.com*

ILend Advance LLC Attn: Legal Department
333 Pearsall Ave
Cedarhurst, NY 11516
And via Support@ilendadvance.com

On Deck Capital, Inc.
Attn: Bankruptcy / Legal Notice Dept.
4700 W. Daybreak Pkwy #200
South Jordan, UT 84009
And via support@ondeck.com

Bankers Healthcare Group (BHG)
Attn: Managing Officer / General Counsel
10234 W. State Road 84
Fort Lauderdale, FL 33324

USB Equipment Finance
 Attn: Bankruptcy Pleading Unit
PO Box 790448
Saint Louis, MO 63179


26-42540-elm11, Witness & Exhibit List

U.S. Small Business Administration (SBA)
Attn: Disaster Loan Processing Center
409 3rd St. SW
Washington, DC 20416

Corporation Service Company (CSC)
*As Representative Agent for Secured Filings*
PO Box 2576
Springfield, IL 62708
And via uccsprep@cscinfo.com

By: __/s/ Clayton L. Everett____
Clayton L. Everett