Debtor's Exhibit 2

| | 14-Day Emergency Budget (June 8 – June 22, 2026) | Normalized Post-PetitionMonthly Operating Budget | Stated Transaction & Calculation Basis |
|---|---|---|---|
| **CASH INFLOWS** | | | |
| Expected Insurance Payor Collections (A/R) | $37,333.33 | $80,000.00 | Based on $137,931 gross monthly billing target at a 58% realization rate. |
| **TOTAL CASH INFLOWS** | **$37,333.33** | **$80,000.00** | Total operating cash clearings. |
| | | | |
| **CASH OUTFLOWS** | | | |
| Payroll Expenses | $19,721.25 | $39,442.50 | Current Accu Data Register run (7 staff members + tax liabilities). Monthly tracks 2 runs. |
| Contractors | $3,360.00 | $3,360.00 | Flat fee for administrative Virtual Assistants due in full on June 11. |
| Legal & Professional Services | $700.00 | $1,319.16 | $700 NovoLogic EMR subscription due June 11 + $619.16 for routine compliance accounting. |
| Commercial Rent / Facility Lease | $2,250.00 | $4,500.00 | Estimated physical space occupancy lease required to open clinic doors. |
| Electric Bill & Utilities | $750.00 | $1,500.00 | Clinic power (Reliant), telecom data (AT&T), and municipal water (Arlington). |
| Equipment | $173.56 | $347.11 | Stated monthly machine lease tracking to USB Equipment Finance. |
| Health, Dental, & Vision Insurance | $394.10 | $788.20 | Routine corporate workforce benefits (Strips personal life lines). |
| AFLAC Payment | $254.75 | $509.50 | Recurring supplementary corporate workforce benefit drafts. |
| Office Supplies & Clinical Overhead | $622.15 | $1,244.30 | Medical inventory consumables, PPE, and biohazard waste processing. |
| Taxes & Licenses | $913.42 | $1,826.83 | Ongoing corporate license tracking, state certifications, and renewals. |
| Bank Charges & Fees | $295.20 | $590.39 | Standard transaction clearings, account parameters, and merchant charges. |
| Subchapter V Administrative Reserve | $750.00 | $1,500.00 | Earmarked reserve to easily cover Subchapter V Trustee fees. |
| **TOTAL CASH OUTFLOWS** | **$30,184.43** | **$56,927.99** | Total operational expenses under protection. |
| | | | |
| **NET PROJECTED POSITION** | **$7,148.90** | **$23,072.01** | Net operational surplus available to fund the Chapter 11 Subchapter V Restructuring Plan. |