## Payroll and Critical Operational Expense Summary

### Blue Clouds Health Care Incorporated

*Emergency Motion for Authority to Pay Prepetition Wages and Critical Operational Expenses*

### Payroll Register Summary

Payroll period: May 23, 2026 through June 5, 2026 | Check date: June 12, 2026 | Impound date: June 11, 2026

| Employee | Gross Wages | Net Pay / Direct Deposit | Notes |
|---|---|---|---|
| Serena G. | $1,207.00 | $1,053.68 | Active employee |
| Yesica M. | $2,244.38 | $1,899.69 | Active employee |
| Sachiko N. | $5,384.61 | $3,905.19 | Active employee |
| Owen O. | $615.39 | $535.62 | Active employee |
| Catherine O. | $7,461.53 | $5,530.63 | Active employee |
| Chelena O. | $615.38 | $535.61 | Active employee |
| Ygjalra R. | $1,451.25 | $1,249.93 | Active employee |
| **Payroll employee subtotal** | **$18,979.54** | **$14,710.35** | **7 employees** |

### Payroll Funding and Critical Expense Items

| Expense Item | Amount | Basis / Description |
|---|---|---|
| Net payroll / direct deposits | $14,710.35 | Seven active employees, 12 direct deposit vouchers |
| Payroll tax liabilities | $4,931.29 | Payroll tax funding per payroll summary |
| Payroll processing / billing | $79.61 | Payroll billing charge |
| Monthly virtual assistant / administrative contractor expense | $3,360.00 | Due June 11, 2026 |
| NovoClinical / NovoMedic EMR and billing system | $700.00 | Invoice No. 343135; invoice period 05/01/2026–05/31/2026 |
| **TOTAL REQUESTED AUTHORITY** | **$23,781.25** | **Payroll and critical operational expenses** |

*Note: Employee names are abbreviated to first name and last initial for privacy. This exhibit summarizes the payroll register and critical operational expenses supporting the requested emergency payment authority.*