**NovoClinical**

# INVOICE

1508 E. Skyline Drive #600
Ogden, Utah 84405-4857
Phone: 385-715-1156

DATE  05/01/2026 - 05/31/2026
INVOICE #  343135
DUE DATE  06/16/2026

**BILL TO**
Treat Now Family Clinic and
Psychiatry
729 N Fielder Rd # A
Arlington TX 76012

| DESCRIPTION | TAXED | AMOUNT |
|---|---|---|
| Catherine OConnor | | 350.00 |
| Sachiko Nakashima | | 350.00 |

|  |  |
|---|---|
| Subtotal | 700.00 |
| Taxable | - |
| Tax rate | |
| Tax due | - |
| Other | - |
| **TOTAL** | **700.00** |

**OTHER COMMENTS**

We appreciate your prompt payment.

Make all checks payable to
NovoMedici, LLC
1508 E Skyline Drive #600
Ogden, Ut 84405-4857

If you have any questions about this invoice, please contact
Novoclinical Support (support@novomedici.com), 385-715-1156