Debtor's Exhibit 8

| Third-Party Insurance Payor | Pro-Rata Target Monthly Billings (Charges) | Expected Monthly A/R Recovery (58% Cash Value) |
|---|---|---|
| Ambetter of Texas (Superior Health Plan) | $48,133.68 | $27,917.54 |
| WellMed Medical Management | $12,080.62 | $7,006.76 |
| Oscar Health Plan | $9,586.66 | $5,560.26 |
| Blue Cross Blue Shield of Texas (PPO) | $7,887.23 | $4,574.59 |
| Molina Healthcare of Texas (Medicaid) | $7,748.94 | $4,494.38 |
| UnitedHealthcare (Community Plan Medicaid) | $7,706.36 | $4,469.69 |
| Blue Cross Blue Shield of Texas (HMO) | $7,048.75 | $4,088.28 |
| Wellpoint Marketplace | $6,400.00 | $3,712.00 |
| Wellpoint Medicaid | $6,076.19 | $3,524.19 |
| Healthy Texas Women Program | $5,590.02 | $3,242.21 |
| Aetna Better Health | $4,713.97 | $2,734.10 |
| UnitedHealthcare Marketplace | $3,992.09 | $2,315.41 |
| UnitedHealthcare PPO | $3,757.07 | $2,179.10 |
| Wellpoint Full Dual Advantage | $3,624.69 | $2,102.32 |
| Humana Health Plan | $3,584.72 | $2,079.14 |
| **Totals:** | **$137,930.99** | **$79,999.97** |