**PAYROLL REGISTER PREVIEW**

**8BCH - Blue Clouds Health Care Inc.**

| | |
|---|---|
| Client ID: 8BCH - Blue Clouds Health Care Inc. | Period Begin Date: 5/23/2026 |
| Pay Group: BW | Period End Date: 6/5/2026 |
| Check Date: 6/12/2026 | Pay Period: 12 |
| Run Date: 6/8/2026 | Payroll Type: Regular Payroll |

---

**G___ Serena D** — Emp #: 44 — XXX-XX-3827

Hourly Rate: 17.0000 — Status: Active — Hire Date: 5/1/2024 — Birth Date: 5/25/XXXX — Federal: Single or Married Filing Separately — State TX: — Addl Tax: — Res State: TX — Work State: TX — Exempts: — Addl Tax:

**REGULAR CHECK** — Gross Wage: 1,207.00 — Paid Gross: 1,207.00 — Net Pay: 1,053.68 — Direct Deposit: Checking ####7473 1,053.68 — Check Amount: 0.00 — Check #:

| Earnings | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Deductions | Current | YTD | Taxes | Wage | Tax | YTD Wage | YTD Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overtime | | 0.00 | 0.00 | 18.00 | 432.00 | | | | SOC SEC EE | 1,207.00 | 74.83 | 13,967.00 | 865.95 |
| Regular | 17.0000 | 63.00 | 1,071.00 | 809.50 | 13,015.00 | | | | MED EE | 1,207.00 | 17.50 | 13,967.00 | 202.52 |
| Holiday | 17.0000 | 8.00 | 136.00 | 24.00 | 392.00 | | | | FEDERAL WH | 1,207.00 | 60.99 | 13,967.00 | 690.19 |
| Paid PTO | | 0.00 | 0.00 | 8.00 | 128.00 | | | | | | | | |
| FLSA OT PREM* | | 0.00 | 0.00 | 0.00 | 128.00 | | | | | | | | |
| Totals: | | 71.00 | 1,207.00 | 859.50 | 13,967.00 | Totals: | 0.00 | 0.00 | Totals: | | 153.32 | | 1,758.66 |

---

**M___ Yesica** — Emp #: 5 — XXX-XX-3625

Hourly Rate: 27.0000 — Status: Active — Hire Date: 12/1/2017 — Birth Date: 1/1/XXXX — Federal: Single — State TX: — Exempts: 6 — Addl Tax: — Res State: TX — Work State: TX — Exempts: — Addl Tax:

**REGULAR CHECK** — Gross Wage: 2,244.38 — Paid Gross: 2,244.38 — Net Pay: 1,899.69 — Direct Deposit: Checking ####1976 1,899.69 — Check Amount: 0.00 — Check #:

| Earnings | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Deductions | Current | YTD | Taxes | Wage | Tax | YTD Wage | YTD Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overtime | 40.5000 | 1.75 | 70.88 | 44.50 | 1,738.13 | Simple IRA | 50.00 | 600.00 | SOC SEC EE | 2,233.81 | 138.50 | 26,151.29 | 1,621.38 |
| Regular | 27.0000 | 72.50 | 1,957.50 | 916.75 | 23,908.00 | STD Post-tax | 14.40 | 172.80 | MED EE | 2,233.81 | 32.39 | 26,151.29 | 379.19 |
| Holiday | 27.0000 | 8.00 | 216.00 | 24.00 | 632.00 | Vision Pre-tax | 2.54 | 30.48 | FEDERAL WH | 2,183.81 | 98.83 | 25,551.29 | 1,083.26 |
| FLSA OT PREM* | | 0.00 | 0.00 | 0.00 | 409.50 | Dental Pre-tax | 8.03 | 96.36 | | | | | |
| Totals: | | 82.25 | 2,244.38 | 985.25 | 26,278.13 | Totals: | 74.97 | 899.64 | Totals: | | 269.72 | | 3,083.83 |

---

**N___ Sachiko** — Emp #: 9 — XXX-XX-0344

Per Pay Salary: 5384.62 — Status: Active — Hire Date: 12/17/2018 — Birth Date: — Federal: Single — State TX: — Exempts: 0 — Addl Tax: — Res State: TX — Work State: TX — Exempts: — Addl Tax:

**REGULAR CHECK** — Gross Wage: 5,384.61 — Paid Gross: 5,384.61 — Net Pay: 3,905.19 — Direct Deposit: Checking ####4402 3,905.19 — Check Amount: 0.00 — Check #:

| Earnings | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Deductions | Current | YTD | Taxes | Wage | Tax | YTD Wage | YTD Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 70.8502 | 68.00 | 4,817.81 | 852.00 | 58,125.49 | Simple IRA | 0.00 | 5,500.00 | SOC SEC EE | 5,257.16 | 325.94 | 58,633.14 | 3,635.25 |
| Holiday | 70.8502 | 8.00 | 566.80 | 24.00 | 1,566.80 | STD Post-tax | 42.00 | 504.00 | MED EE | 5,257.16 | 76.23 | 58,633.14 | 850.18 |
| | | | | | | Vision Pre-tax | 23.42 | 281.04 | FEDERAL WH | 5,257.16 | 907.80 | 53,133.14 | 8,523.47 |
| | | | | | | Dental Pre-tax | 51.78 | 621.36 | | | | | |
| | | | | | | AFLAC Med Pretx | 13.90 | 41.70 | | | | | |
| | | | | | | AFLAC Vis Pretx | 38.35 | 115.05 | | | | | |
| Totals: | | 76.00 | 5,384.61 | 876.00 | 59,692.29 | Totals: | 169.45 | 7,063.15 | Totals: | | 1,309.97 | | 13,008.90 |

---

**O___ Owen** — Emp #: 1 — XXX-XX-4872

Hourly Rate: 17.0942 — Status: Active — Hire Date: 12/1/2017 — Birth Date: 1/28/XXXX — Federal: Single — State TX: — Exempts: 0 — Addl Tax: — Res State: TX — Work State: TX — Exempts: — Addl Tax:

**REGULAR CHECK** — Gross Wage: 615.39 — Paid Gross: 615.39 — Net Pay: 535.62 — Direct Deposit: Checking ####5342 300.00 / Savings ####7046 235.62 — Check Amount: 0.00 — Check #:

| Earnings | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Deductions | Current | YTD | Taxes | Wage | Tax | YTD Wage | YTD Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 17.0942 | 28.00 | 478.64 | 408.00 | 6,974.42 | | | | SOC SEC EE | 615.39 | 38.15 | 7,384.68 | 457.85 |
| Holiday | 17.0942 | 8.00 | 136.75 | 24.00 | 410.26 | | | | MED EE | 615.39 | 8.93 | 7,384.68 | 107.08 |
| | | | | | | | | | FEDERAL WH | 615.39 | 32.69 | 7,384.68 | 392.28 |
| Totals: | | 36.00 | 615.39 | 432.00 | 7,384.68 | Totals: | 0.00 | 0.00 | Totals: | | 79.77 | | 957.21 |

---

*Memo Calculation (not included in totals)  **Reimbursement (included in totals)  #Non-Paid Earning (not included in totals)  ^Hrs/Units=Units (Units not included in Totals)

| Client ID: | 8BCH - Blue Clouds Health Care Inc. | **PAYROLL REGISTER PREVIEW** | Period Begin Date: 5/23/2026 |
|---|---|---|---|
| Pay Group: | BW | 8BCH - Blue Clouds Health Care Inc. | Period End Date: 6/5/2026 |
| Check Date: | 6/12/2026 | | Pay Period: 12 |
| Run Date: | 6/8/2026 | | Payroll Type: Regular Payroll |

### Catherine — Emp #: 6   XXX-XX-5007

Per Pay Salary: 7461.54   Hire Date: 12/1/2017   Federal: Married   Exempts: 4   Addl Tax:   Res State: TX
Status: Active   Birth Date: 10/11/XXXX   State TX:   Exempts:   Addl Tax:   Work State: TX

REGULAR CHECK   Gross Wage: 7,461.53   Paid Gross: 7,461.53   Net Pay: 5,530.63   Direct Deposit: Checking ####8099  500.00   Check Amount: 0.00   Check #:
Savings ####2366  331.94
Checking ####1428  300.00
Checking ####0637  4,398.69

| Earnings | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Deductions | Current | YTD | Taxes | Wage | Tax | YTD Wage | YTD Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 93.2692 | 72.00 | 6,715.38 | 936.00 | 86,223.08 | Simple IRA | 500.00 | 6,000.00 | SOC SEC EE | 7,461.53 | 462.62 | 88,384.61 | 5,479.85 |
| Holiday | 93.2692 | 8.00 | 746.15 | 24.00 | 2,161.53 | STD Post-tax | 44.16 | 529.92 | MED EE | 7,461.53 | 108.20 | 88,384.61 | 1,281.58 |
| | | | | | | | | | FEDERAL WH | 6,961.53 | 815.92 | 82,384.61 | 9,537.21 |
| Totals: | | 80.00 | 7,461.53 | 960.00 | 88,384.61 | Totals: | 544.16 | 6,529.92 | Totals: | | 1,386.74 | | 16,298.64 |

### Chelena — Emp #: 11   XXX-XX-3955

Hourly Rate: 24.6155   Hire Date: 12/1/2017   Federal: Single   Exempts: 0   Addl Tax:   Res State: TX
Status: Active   Birth Date: 5/19/XXXX   State TX:   Exempts:   Addl Tax:   Work State: TX

REGULAR CHECK   Gross Wage: 615.38   Paid Gross: 615.38   Net Pay: 535.61   Direct Deposit: Checking ####5359  350.00   Check Amount: 0.00   Check #:
Savings ####0449  185.61

| Earnings | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Deductions | Current | YTD | Taxes | Wage | Tax | YTD Wage | YTD Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 24.6155 | 17.00 | 418.46 | 276.00 | 6,793.90 | | | | SOC SEC EE | 615.38 | 38.15 | 7,384.67 | 457.85 |
| Holiday | 24.6155 | 8.00 | 196.92 | 24.00 | 590.77 | | | | MED EE | 615.38 | 8.93 | 7,384.67 | 107.08 |
| | | | | | | | | | FEDERAL WH | 615.38 | 32.69 | 7,384.67 | 392.28 |
| Totals: | | 25.00 | 615.38 | 300.00 | 7,384.67 | Totals: | 0.00 | 0.00 | Totals: | | 79.77 | | 957.21 |

### Yajaira — Emp #: 42   XXX-XX-4681

Hourly Rate: 18.0000   Hire Date: 7/31/2023   Federal: Single or Married Filing   Addl Tax:   Res State: TX
Status: Active   Birth Date: 12/15/XXXX   Separately   Work State: TX
State TX:   Exempts:   Addl Tax:

REGULAR CHECK   Gross Wage: 1,451.25   Paid Gross: 1,451.25   Net Pay: 1,249.93   Direct Deposit: Checking ####8877  1,249.93   Check Amount: 0.00   Check #:

| Earnings | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Deductions | Current | YTD | Taxes | Wage | Tax | YTD Wage | YTD Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overtime | 27.0000 | 0.75 | 20.25 | 31.75 | 810.77 | | | | SOC SEC EE | 1,451.25 | 89.98 | 16,424.02 | 1,018.29 |
| Regular | 18.0000 | 71.50 | 1,287.00 | 889.75 | 15,197.25 | | | | MED EE | 1,451.25 | 21.04 | 16,424.02 | 238.15 |
| Holiday | 18.0000 | 8.00 | 144.00 | 24.00 | 416.00 | | | | FEDERAL WH | 1,451.25 | 90.30 | 16,424.02 | 966.82 |
| FLSA OT PREM* | | 0.00 | 0.00 | 0.00 | 244.39 | | | | | | | | |
| Totals: | | 80.25 | 1,451.25 | 945.50 | 16,424.02 | Totals: | 0.00 | 0.00 | Totals: | | 201.32 | | 2,223.26 |

*Memo Calculation (not included in totals)   **Reimbursement (included in totals)   #Non-Paid Earning (not included in totals)   ^Hrs/Units=Units (Units not included in Totals)

 isolved   AccuData Work...

Debtor's Exhibit 6

| Client ID: 8BCH - Blue Clouds Health Care Inc. | **PAYROLL REGISTER PREVIEW** | Period Begin Date: 5/23/2026 |
| Pay Group: BW | 8BCH - Blue Clouds Health Care Inc. | Period End Date: 5/5/2026 |
| Check Date: 6/12/2026 | | Pay Period: 12 |
| Run Date: 6/8/2026 | | Payroll Type: Regular Payroll |

## Company Total

| Employees Paid: 7 | Voids/Manuals Included: None | Total Net Pay: 14,710.35 | Total Check Amount: 0.00 | Active: 7 |
| Live Checks: 0 | Check Numbers: None | Live Check Net Pay: 14,710.35 | Live Check Amount: 0.00 | Inactive: 31 |
| Vouchers: 7 | Direct Deposit Vouchers: - | Direct Deposits: 12 | Total Direct Deposit: 14,710.35 | Terminated: 6 |

| Earnings | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Deductions | Current | YTD | Taxes | Wage | Tax | YTD Wage | YTD Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overtime | | 2.50 | 91.13 | 94.25 | 2,980.90 | Medical Pre-tax | 0.00 | 10.00 | SOC SEC EE | 18,841.52 | 1,168.17 | 242,134.84 | 15,012.36 |
| Regular | | 392.00 | 16,745.79 | 5,788.00 | 232,411.14 | Simple IRA | 550.00 | 13,650.00 | MED EE | 18,841.52 | 273.22 | 242,134.84 | 3,510.96 |
| Holiday | | 56.00 | 2,142.62 | 232.00 | 8,035.22 | STD Post-tax | 100.56 | 1,332.72 | FEDERAL WH | 18,291.52 | 2,039.22 | 228,484.84 | 23,212.71 |
| Paid PTO | | 0.00 | 0.00 | 8.00 | 128.00 | Vision Pre-tax | 25.96 | 380.61 | | | | | |
| FLSA OT PREM* | | 0.00 | 0.00 | 0.00 | 781.89 | Dental Pre-tax | 59.81 | 873.06 | | | | | |
| | | | | | | AFLAC Med Pretx | 13.90 | 41.70 | | | | | |
| | | | | | | AFLAC Vis Pretx | 38.35 | 115.05 | | | | | |
| **Totals:** | | 450.50 | 18,979.54 | 6,122.25 | 243,555.26 | **Totals:** | 788.58 | 16,403.14 | **Totals:** | | 3,480.61 | | 41,736.03 |

*Memo Calculation (not included in totals)   **Reimbursement (included in totals)   #Non-Paid Earning (not included in totals)   ^Hrs/Units=Units (Units not included in Totals)

| Client ID: 8BCH - Blue Clouds Health Care Inc. | **PAYROLL REGISTER PREVIEW** | Period Begin Date: 5/23/2026 |
|---|---|---|
| Pay Group: BW | 8BCH - Blue Clouds Health Care Inc. | Period End Date: 6/5/2026 |
| Check Date: 6/12/2026 | | Pay Period: 12 |
| Run Date: 6/8/2026 | | Payroll Type: Regular Payroll |

No Third Party Payment activity this payroll.

*Memo Calculation (not included in totals)   **Reimbursement (included in totals)   #Non-Paid Earning (not included in totals)   ^Hrs/Units=Units (Units not included in Totals)

Debtor's Exhibit 6

| Client ID: 8BCH - Blue Clouds Health Care Inc. | PAYROLL SUMMARY PREVIEW | Period Begin Date: 5/23/2026 |
|---|---|---|
| Pay Group: BW | Blue Clouds Health Care Inc. | Period End Date: 6/5/2026 |
| Check Date: 6/12/2026 | | Pay Period: 12 |
| Run Date: 6/8/2026 | | Payroll Type: Regular Payroll |

### *** PAYROLL FUNDING ***

| Debit Type | Bank Name | Transit Routing # | Bank Account # | Counts | Amount | ACH Debit |
|---|---|---|---|---|---|---|
| Checks | | | | | $0.00 | $0.00 |
| Direct Deposits | WELLS FARGO BANK | *****0659 | ******6630 | 12 | $0.00 | $14,710.35 |
| **Totals:** | | | | 12 | **$0.00** | **$14,710.35** |
| Tax Liabilities | WELLS FARGO BANK | *****0659 | ******6630 | | $0.00 | $4,931.29 |
| Third Party Checks | | | | | $0.00 | $0.00 |
| Third Party Electronic Payment | WELLS FARGO BANK | *****0659 | ******6630 | | $0.00 | $0.00 |
| Payroll Billing | WELLS FARGO BANK | *****0659 | ******6630 | | $0.00 | $79.61 |
| **Totals:** | | | | | **$0.00** | **$5,010.90** |
| **Total ACH Debit:** | | | Impound Date: 6/11/2026 | | | **$19,721.25** |
| **Total Payroll Funding (all items):** | | | | | | **$19,721.25** |

### *** PAYROLL TOTALS ***

| Payroll Totals | | Totals By Check Type | | Counts By Check Type | | Employee Counts | |
|---|---|---|---|---|---|---|---|
| Net Pay Checks | $0.00 | Total Live Checks | $0.00 | Total Live Checks | 0 | Active Employees Paid | 7 |
| Direct Deposits | $14,710.35 | Additional Checks | $0.00 | Additional Checks | 0 | Inactive Employees Paid | 0 |
| ****** Total Net Payroll** | **$14,710.35** | Manual Checks | $0.00 | Manual Checks | 0 | Terminated Employees Paid | 0 |
| | | Void Checks/Direct Deposits | $0.00 | Void Checks | 0 | Total Employees Paid | 7 |
| Total Taxes | $4,931.29 | Third Party Sick Checks | $0.00 | Third Party Sick Checks | 0 | Active Employee Count | 7 |
| ****** Total Payroll** | **$19,641.64** | Adjustments | $0.00 | Adjustments | 0 | Inactive Employee Count | 31 |
| | | Direct Deposits (12) | $14,710.35 | Vouchers (Direct Deposit) | 7 | Terminated Employee Count | 6 |
| Payroll Adjustments | $0.00 | Total Third Party Pays | $0.00 | Total Third Party Payments | 0 | Total Employee Count | 44 |
| ****** Adjusted Total** | **$19,641.64** | Total Third Party Void Checks | $0.00 | Total Third Party Voids | 0 | Employees Paid this Month | 7 |
| | | | | Zero Net Checks | 0 | Active Employees this Month | 7 |
| | | | | | | Employees with W2 Data | 11 |
| | | | | | | Active Employees Not Paid | 0 |
| | | | | | | Active (Hired) EEs Not Paid | 0 |

isolved
AccuData Workforce Solutions

**Payroll Summary Preview**

Created On: 06/08/2026 12:05:39 PM

Debtor's Exhibit 6

| Client ID: 8BCH - Blue Clouds Health Care Inc. | PAYROLL SUMMARY PREVIEW | Period Begin Date: 5/23/2026 |
|---|---|---|
| Pay Group: 8W | Blue Clouds Health Care Inc. | Period End Date: 6/5/2026 |
| Check Date: 6/12/2026 | | Pay Period: 12 |
| Run Date: 6/8/2026 | | Payroll Type: Regular Payroll |

### *** PAYROLL TAXES ***

| Federal Deposits | CURRENT | | MTD | | QTD | | YTD | |
|---|---|---|---|---|---|---|---|---|
| | Wages | Taxes | Wages | Taxes | Wages | Taxes | Wages | Taxes |
| FEDERAL WH | 18,291.52 | 2,039.22 | 18,291.52 | 2,039.22 | 105,136.59 | 11,166.28 | 228,484.84 | 23,212.71 |
| MED EE (1.450000%) | 18,841.52 | 273.22 | 18,841.52 | 273.22 | 110,936.59 | 1,608.58 | 242,134.84 | 3,510.96 |
| MED ER (1.450000%) | 18,841.52 | 273.22 | 18,841.52 | 273.22 | 110,936.59 | 1,608.58 | 242,134.84 | 3,510.96 |
| SOC SEC EE (6.200000%) | 18,841.52 | 1,168.17 | 18,841.52 | 1,168.17 | 110,936.59 | 6,878.06 | 242,134.84 | 15,012.36 |
| SOC SEC ER (6.200000%) | 18,841.52 | 1,168.17 | 18,841.52 | 1,168.17 | 110,936.59 | 6,878.06 | 242,134.84 | 15,012.36 |
| **Total Federal Deposits** | | **4,922.00** | | **4,922.00** | | **28,139.56** | | **60,259.35** |
| Employer Tax | Wages | Taxes | Wages | Taxes | Wages | Taxes | Wages | Taxes |
| FUTA ER (0.600000%) | 461.42 | 2.76 | 461.42 | 2.76 | 6,907.32 | 41.45 | 62,786.63 | 376.72 |
| TEXAS SUI ER (0.420000%) | 1,230.77 | 5.17 | 1,230.77 | 5.17 | 10,563.42 | 44.37 | 75,565.98 | 317.38 |
| TX ER EMPLOYMENT TRAINING INVEST ASSMNT (0.100000%) | 1,230.77 | 1.23 | 1,230.77 | 1.23 | 10,563.42 | 10.56 | 75,565.98 | 75.56 |
| TX UI OBLIGATION ASSESSMT ER (0.010000%) | 1,230.77 | 0.13 | 1,230.77 | 0.13 | 10,563.42 | 1.06 | 75,565.98 | 7.56 |
| **Total Employer Tax** | | **9.29** | | **9.29** | | **97.44** | | **777.22** |
| **Total Taxes** | | **4,931.29** | | **4,931.29** | | **28,237.00** | | **61,036.57** |

| Client ID: 8BCH - Blue Clouds Health Care Inc. | PAYROLL SUMMARY PREVIEW | Period Begin Date: 5/23/2026 |
| Pay Group: BW | Blue Clouds Health Care Inc. | Period End Date: 6/5/2026 |
| Check Date: 6/12/2026 | | Pay Period: 12 |
| Run Date: 6/8/2026 | | Payroll Type: Regular Payroll |

### *** EMPLOYER TAX EXPENSE ***

| | CURRENT | | MTD | | QTD | | YTD | |
| Employer Tax | Wages | Taxes | Wages | Taxes | Wages | Taxes | Wages | Taxes |
|---|---|---|---|---|---|---|---|---|
| FUTA ER (0.600000%) | 461.42 | 2.76 | 461.42 | 2.76 | 6,907.32 | 41.45 | 62,786.63 | 376.72 |
| MED ER (1.450000%) | 18,841.52 | 273.22 | 18,841.52 | 273.22 | 110,936.59 | 1,608.58 | 242,134.84 | 3,510.96 |
| SOC SEC ER (6.200000%) | 18,841.52 | 1,168.17 | 18,841.52 | 1,168.17 | 110,936.59 | 6,878.06 | 242,134.84 | 15,012.36 |
| TEXAS SUI ER (0.420000%) | 1,230.77 | 5.17 | 1,230.77 | 5.17 | 10,563.42 | 44.37 | 75,565.98 | 317.38 |
| TX ER EMPLOYMENT TRAINING INVEST ASSMNT (0.100000%) | 1,230.77 | 1.23 | 1,230.77 | 1.23 | 10,563.42 | 10.56 | 75,565.98 | 75.56 |
| TX UI OBLIGATION ASSESSMT ER (0.010000%) | 1,230.77 | 0.13 | 1,230.77 | 0.13 | 10,563.42 | 1.06 | 75,565.98 | 7.56 |
| Total Employer Tax | | 1,450.68 | | 1,450.68 | | 8,584.08 | | 19,300.54 |

### Tax Agency Id's

| State | Tax Agency | Tax Id |
|---|---|---|
| Federal | Internal Revenue Service | 90-0908505 |
| Texas | Texas - ER UI | 14-249093-5 |

| Client ID: 8BCH - Blue Clouds Health Care Inc. | PAYROLL SUMMARY PREVIEW | Period Begin Date: 5/23/2026 |
|---|---|---|
| Pay Group: BW | Blue Clouds Health Care Inc. | Period End Date: 6/5/2026 |
| Check Date: 6/12/2026 | | Pay Period: 12 |
| Run Date: 6/8/2026 | | Payroll Type: Regular Payroll |

## *** EARNINGS & DEDUCTIONS ***

| | CURRENT Hrs/Units | CURRENT Dollars | MTD Hrs/Units | MTD Dollars | QTD Hrs/Units | QTD Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|---|---|---|
| **Earnings** | Hrs/Units | Dollars | Hrs/Units | Dollars | Hrs/Units | Dollars | Hrs/Units | Dollars |
| Overtime | 2.50 | 91.13 | 2.50 | 91.13 | 41.50 | 1,366.15 | 94.25 | 2,980.90 |
| Regular | 392.00 | 16,745.79 | 392.00 | 16,745.79 | 2,605.75 | 108,099.19 | 5,788.00 | 232,411.14 |
| Holiday | 56.00 | 2,142.62 | 56.00 | 2,142.62 | 56.00 | 2,142.62 | 232.00 | 8,035.22 |
| Paid PTO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 128.00 |
| **Total Earnings** | **450.50** | **18,979.54** | **450.50** | **18,979.54** | **2,703.25** | **111,607.96** | **6,122.25** | **243,555.26** |
| **Memo Calculations** | Hrs/Units | Dollars | Hrs/Units | Dollars | Hrs/Units | Dollars | Hrs/Units | Dollars |
| FLSA OT PREM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 207.89 | 0.00 | 781.89 |
| **Total Memo Calculations** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **207.89** | **0.00** | **781.89** |
| **Deductions** | | Dollars | | Dollars | | Dollars | | Dollars |
| Medical Pre-tax | | 0.00 | | 0.00 | | 0.00 | | 10.00 |
| Simple IRA | | 550.00 | | 550.00 | | 5,800.00 | | 13,650.00 |
| STD Post-tax | | 100.56 | | 100.56 | | 603.36 | | 1,332.72 |
| Vision Pre-tax | | 25.96 | | 25.96 | | 155.76 | | 380.61 |
| Dental Pre-tax | | 59.81 | | 59.81 | | 358.86 | | 873.06 |
| AFLAC Med Pretx | | 13.90 | | 13.90 | | 41.70 | | 41.70 |
| AFLAC Vis Pretx | | 38.35 | | 38.35 | | 115.05 | | 115.05 |
| **Total Deductions** | | **788.58** | | **788.58** | | **7,074.73** | | **16,403.14** |

^Hrs/Units = Units (Units not included in Totals)