UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

BLUE CLOUDS HEALTHCARE INCORPORATED

CASE NO: 26-42540-elm

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 6/11/2026, I did cause a copy of the following documents, described below,

Notice of Chapter 11 Bankruptcy

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/11/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>BLUE CLOUDS HEALTHCARE INCORPORATED | CASE NO: 26-42540-elm<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 6/11/2026, a copy of the following documents, described below,

Notice of Chapter 11 Bankruptcy

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/11/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-42540-ELM
NORTHERN DISTRICT OF TEXAS
WED JUN 10 13-4-42 PST 2026

DEBTOR

BLUE CLOUDS HEALTH CARE INCORPORATED
729 N FIELDER RD STE A
ARLINGTON   TX 76012-4664

EXCLUDE

~~501 W TENTH STREET~~
~~FORT WORTH   TX 76102-3637~~

AADVANTAGE AVIATOR BUSINESSCITIBANK
PO BOX 20507
KANSAS CITY   MO 64195-0507

ACCU DATA WORKFORCE SOLUTIONS
95 W OLD COUNTRY RD
HICKSVILLE   NY 11801-4023

(P)AETNA CORPORATE HEADQUATERS
ATTN DAVID G SCOTT
1425 UNION MEETING ROAD
MAIL CODE U23S
BLUE BELL PA 19422-1919

AMBETTER OF TEXAS
7700 FORSYTH BOULEVARD
SAINT LOUIS   MO 63105-1810

ATTORNEY GENERAL
MAIN JUSTICE BLDG   ROOM 5111
10TH   CONSTITUTION AVE   NW
WASHINGTON   DC 20530-0001

BANKERS HEALTHCARE GROUP (BHG)
10234 W STATE ROAD 84
DAVIE   FL 33324-4202

BANKERS HEALTHCARE GROUP (BHG)
10234 W STATE ROAD 84
FORT LAUDERDALE   FL 33324-4202

BLUE CROSS AND BLUE SHIELD OF TEXAS
1001 E LOOKOUT DRIVE
RICHARDSON   TX 75082-4144

BRACKETT   ELLIS
100 MAIN ST
FORT WORTH   TX 76102-3008

BRAVERA BANK
PO BOX 2197
BISMARCK   ND 58502-2197

CO OCONNOR HOLDING   LLC
729 N FIELDER RD STE A
ARLINGTON   TX 76012-4664

CAPITAL ONE CREDIT CARD
PO BOX 30285
SALT LAKE CITY   UT 84130-0285

CATHERINE OCONNOR
CO  BLUE CLOUDS HEALTH CARE INC
729 N FIELDER RD STE A
ARLINGTON   TX 76012-4664

CHELENA OCONNOR
CO BLUE CLOUDS HEALTH CARE INC
729 N FIELDER RD STE A
ARLINGTON   TX 76012-4664

CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD   IL 62708-2576

EBF HOLDINGS   LLC
756 EAST WINCHESTER ST STE 301
SALT LAKE CITY   UT 84107-7709

ELEVANCE HEALTH   INC
220 VIRGINIA AVENUE
INDIANAPOLIS   IN 46204-3709

(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

HEALTHY TEXAS WOMEN
PO BOX 200555
AUSTIN   TX 78720-0555

HUMANA
PO BOX 14611
LEXINGTON   KY 40512-4611

ILEND ADVANCE LLC
333 PEARSALL AVE
CEDARHURST   NY 11516-1842

IRS
SPECIAL PROCEDURESINSOLVENCY
PO BOX 7346
PHILADELPHIA   PA 19101-7346

LGBS
100 THROCKMORTON ST   300
FORT WORTH   TX 76102-2833

LAW OFFICE OF CARIDI   PC
9809 4TH AVE
BROOKLYN   NY 11209-8103

LINEBARGER GOGGAN BLAIR  SAMPSON
3500 MAPLE AVENUE SUITE 800
DALLAS  TX 75219-3959

NOOR AIMAN
CO  BLUE CLOUDS HEALTH CARE INC
729 N FIELDER RD STE A
ARLINGTON  TX 76012-4664

NORRED LAW  PLLC
NORRED LAW  PLLC
515 E BORDER
ARLINGTON  TX 76010-7402

NOVOCLINICAL  LLC
1508 E SKYLINE DRIVE 600
OGDEN  UT 84405-4857

ON DECK CAPITAL  INC
4700 W DAYBREAK PKWY 200
SOUTH JORDAN  UT 84009-5133

OSCAR HEALTH PLAN
PO BOX 52146
PHOENIX  AZ 85072-2146

OWEN OCONNOR
CO  BLUE CLOUDS HEALTH CARE INC
729 N FIELDER RD STE A
ARLINGTON  TX 76012-4664

PERDUE BRANDON FIELDER COLLINS AND MOTT LLP
500 E BORDER 640
ARLINGTON  TX 76010-7457

RICK BARNESTAX ASSESSOR
100 E WEATHERFORD STREET
FORT WORTH  TX 76196-0206

SBA  SMALL BUSINESS ADMINISTRATION
409 3RD ST SW
WASHINGTON  DC 20416-0002

SACHIKO NAKASHIMA
729 N FIELDER RD STE A
ARLINGTON  TX 76012-4664

SAIREEN USMAN
CO  BLUE CLOUDS HEALTH CARE INC
729 N FIELDER RD STE A
ARLINGTON  TX 76012-4664

SERENA GARCIA
CO  BLUE CLOUDS HEALTH CARE INC
729 N FIELDER RD STE A
ARLINGTON  TX 76012-4664

(P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV  BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

TAX DIVISIONUS DEPT OF JUSTICE
1700 PACIFIC AVE SUITE 3700
DALLAS  TX 75201-4656

TEXAS ALCOHOLIC BEV COMM
LICENSES AND PERMITS DIVISION
PO BOX 13127
AUSTIN  TX 78711-3127

TEXAS ATTORNEY GENERALS OFFICE
BANKRUPTCYCOLLECTIONS DIV
PO BOX 12548
AUSTIN  TX 78711-2548

TEXAS MEDICAL BOARD
PO BOX 2018
AUSTIN  TX 78768-2018

TEXAS WORKFORCE COMM
TEC BUILDINGBANKRUPTCY
101 E 15TH STREET
AUSTIN  TX 78778-0001

US ATTORNEYNORTH
3RD FLOOR  1100 COMMERCE ST
DALLAS  TX 75242

US TRUSTEE
1100 COMMERCE ST  RM 976
DALLAS  TX 75242-0996

USPS CHANGE

USB EQUIPMENT FINANCE
PO BOX 790448
SAINT LOUIS  MO 63179-0448

UNITED HEALTHCARE
1 OPTUM CIR
EDEN PRAIRIE MN  55344-2956

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS  TX 75242-0996

WEM CONCEPT  DESIGN LLC
1538 COZY DRIVE
FORT WORTH  TX 76120

WELLS FARGO BUSINESS LINE OF CREDIT
PO BOX 29482
PHOENIX  AZ 85038-9482

WELLS FARGO SIGNIFY BUSINESS ESSENTIAL
PO BOX 40310
MESA  AZ 85274-0310

```
YAJAIRA ROBLEDO                    YESSICA MEDINA                      CLAYTON EVERETT
CO BLUE CLOUDS HEALTH CARE INC     CO  BLUE CLOUDS HEALTH CARE INC     515 E BORDER ST
729 N FIELDER RD STE A             729 N FIELDER RD STE A              STE 163
ARLINGTON  TX 76012-4664           ARLINGTON  TX 76012-4664            76010
                                                                      ARLINGTON  TX 76010-7402
```