

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 12, 2026**

_____
**United States Bankruptcy Judge**

_____

United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Blue Clouds Health Care Incorporated**<br>729 N Fielder Rd Ste A<br>Arlington, TX 76012<br>Tax ID / EIN: 90-0908505<br><br>**Debtor** | **Case No. 26-42540-elm**<br><br>**Chapter 11**<br><br>**Subchapter V Case** |

## ORDER ON MOTION TO RESTRICT FROM PUBLIC VIEW

CAME ON for consideration the Motion to Restrict Document from Public View (the "Motion") filed by Blue Clouds Health Care Incorporated, the Debtor in the above-referenced case. The Court, having considered the Motion, the statutory protections afforded under 11 U.S.C. § 107(c) and Fed. R. Bankr. P. 9037, and finding good cause shown, is of the opinion that the Motion should be granted. It is therefore:

ORDERED that the Debtor's Motion is GRANTED; and it is further

ORDERED that the Clerk of Court shall restrict from public view the Debtor's Exhibit 6,

Payroll Register [ECF No. 13-6] filed on June 10, 2026; and it is further

ORDERED that the Clerk of Court is authorized and directed to substitute and replace the

restricted document with the redacted version of the Payroll Register submitted concurrently

herewith by the Debtor.

### # # # End of Order # # #

Prepared by:
/s/ Clayton L. Everett
Clayton L. Everett; Norred Law, PLLC
515 E. Border St.; Arlington, TX 76010
t: 817-704-3984 | f: 817-549-0161 | clayton@norredlaw.com