NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Proposed Counsel for Blue Clouds Health Care Incorporated

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:** | **Case No. 26-42540-elm** |
| **Blue Clouds Health Care Incorporated** | |
|   729 N Fielder Rd Ste A | **Chapter 11** |
|   Arlington, TX 76012 | |
|   Tax ID / EIN: 90-0908505 | **Subchapter V Case** |
| **Debtor** | |

### <u>CERTIFICATE OF SERVICE</u>

      I certify that on June 12, 2026, the *Formal Regulatory Disclosure Pursuant to 11 U.S.C. § 333* and the *Order to Show Cause Regarding the Appointment of a Patient Care Ombudsman Pursuant to 11 U.S.C. § 333* [Dkt.12] filed by the Courts has been served on the following parties in the manners as indicated below:

| | |
|---|---|
| Texas Medical Board<br>Attn: Legal & Licensure Compliance Division<br>1801 Congress Avenue, Suite 9.200<br>Austin, TX 78701 | Via FedEx Overnight Shipping,<br>Tracking #873001299792<br>Via Facsimile: (512) 305-7007<br>Via Email: registrations@tmb.state.tx.us<br>Via Email: screen-appeals@tmb.state.tx.us |
| Texas Health and Human Services Commission<br>Attn: Health Care Facilities Regulation<br>4601 W. Guadalupe St.<br>Austin, TX 78751 | Via FedEx Overnight Shipping,<br>Tracking #873002410881<br>Via Facsimile: (512) 438-5699<br>Via Email: hfc.regulations@hhs.texas.gov |
| Office of the Texas Attorney General<br>Attn: Managing Attorney<br>Bankruptcy Regulatory Section<br>300 W. 15th Street<br>Austin, TX 78701 | Via FedEx Overnight Shipping,<br>Tracking #873001985269<br>Via Facsimile: (512) 480-0100<br>Via Email: bankruptcy@oag.texas.gov |
| Office of the Texas Attorney General<br>Attn: Managing Attorney<br>Bankruptcy Regulatory Section<br>P.O. Box 12548, MC 008<br>Austin, Texas 78711 | Via USPS First-Class Mail |

26-42540-elm11 Certificate of Service

Texas Board of Nursing
1801 Congress Avenue, Suite 10-200
Austin, TX 78701

Via FedEx Overnight Shipping,
Tracking #873002280974
Via Facsimile: (512) 305-7401


/s/ Clayton L. Everett
Clayton L. Everett