# Blue Clouds Health Care, Incorporated, DBA Treat Now Family Clinic

## Profit and Loss

### January 1-June 3, 2026

|  | TOTAL |
| --- | ---: |
| **Income** | |
| Aetna Commercial | 4,535.92 |
| Ambetter | 79,217.96 |
| Amerigroup | 342.60 |
| BCBS | 153,968.48 |
| Billable Expense Income | -130.00 |
| Check deposit | 40,293.86 |
| Cook Children Health Plan | 6,585.14 |
| Humana Govt | 454.61 |
| Medicare | 1,068.57 |
| Services | 2,454.12 |
| Superior | 3,389.95 |
| UMR | 4,794.51 |
| United Health Care | 37,505.78 |
| **Total for Income** | **$334,481.50** |
| **Gross Profit** | **$334,481.50** |
| **Expenses** | |
| Accoountant fees | 2,044.81 |
| Advertising & Marketing | 10.50 |
| AFLAC PAYMENT | 2,547.48 |
| Ask My Accountant | 10.50 |
| Bank Charges & Fees | 2,951.94 |
| Collaboration Fees | 2,000.00 |
| Contractors | 10,161.44 |
| Electric Bill | 278.51 |
| Equipment | 13,366.95 |
| Equipment/Workercomp Insurance | 727.50 |
| Health/Dental/Vision Insurance | 3,941.02 |
| Insurance | 2,251.36 |
| Legal & Professional Services | 1,051.00 |
| Life Insurance | 15,724.51 |
| New Office expense | 5,277.71 |
| Office supplies | 6,221.50 |
| Other Business Expenses | 5,326.46 |
| Payroll Expenses | 225,748.60 |
| Taxes & Licenses | 9,134.14 |
| Travel | 126.83 |
| **Total for Expenses** | **$308,902.76** |
| **Net Operating Income** | **$25,578.74** |
| **Net Income** | **$25,578.74** |