# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:** | **Case No. 26-42540-elm** |
| **Blue Clouds Health Care Incorporated** | |
| 729 N Fielder Rd Ste A | **Chapter 11** |
| Arlington, TX 76012 | |
| Tax ID / EIN: 90-0908505 | **Subchapter V Case** |
| **Debtor** | |

**DECLARATION OF CATHERINE O'CONNOR IN SUPPORT OF DEBTOR'S MOTION TO WAIVE THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN**

I, Catherine O'Connor, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am the President of and Advance Practice Registered Nurse at Blue Clouds Health Care Incorporated, the Debtor in the above-captioned bankruptcy case. I am fully familiar with the Debtor's day-to-day business operations, financial books, records, and clinical compliance procedures.

2.      I submit this Declaration in support of the *Debtor's Motion to Waive the Appointment of a Patient Care Ombudsman.*

3.      The Debtor operates an outpatient medical and psychiatry office under the trade names Treat Now Family Clinic and Treat Now Family Clinic and Psychiatry, located strictly at 729 N. Fielder Rd. Ste A, Arlington, TX 76012. The clinic provides routine primary medical care, checkups, prescriptions, and outpatient psychiatric services. We do not provide overnight care, surgical procedures, or long-term residential stays.

4.      To the best of my knowledge and based on corporate records, the Debtor maintains a high standard of patient care. There have been no formal patient care complaints, malpractice actions, or regulatory enforcement penalties within the past five (5) years.

5.      The Debtor utilizes a secure, HIPAA-compliant Electronic Health Records (EHR) system known as NovoClinical practice management and billing HER software to store and manage all patient charts, treatment plans, and psychiatric files. Patient records are fully protected, backed up digitally, and access is strictly restricted to authorized medical staff.

6.      The healthcare providers operating at our clinic maintain active professional licensing with state authorities, including the Texas Medical Board and the Texas Board of Nursing. We remain subject to regular oversight by these boards, which have the immediate authority to protect the public if any professional safety violations occur.

7.      The clinic's current financial struggles are tied exclusively to the cash flow disruptions caused by pre-petition lenders. Our operational budget is strictly allocated toward preserving our 7-employee staff and maintaining clinical inventory. Diverting corporate funds to pay for an outside ombudsman would severely jeopardize our ability to meet regular clinical payroll and operational expenses, which could ultimately force an abrupt closure of the clinic to the detriment of our patients.

8.      Based on the foregoing, I believe that an ombudsman is entirely unnecessary for patient protection and would serve only as a financial detriment to the rehabilitation of this healthcare practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __18__ day of June 2026.

ID RKX7nH2bpPNDkM1amY2U1Jsf

Catherine O'Connor, Advance Practice Registered Nurse
President of Blue Clouds Health Care Incorporated