United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Erin Marie Schmidt,
for the United States Trustee
Erin.Schmidt2@usdoj.gov

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **CASE NO. 26-42540-ELM11** |
| **BLUE CLOUDS HEALTH CARE** | § | |
| **INCORPORATED,** | § | |
| | § | **CHAPTER 11** |
| **Debtor.** | § | **(Subchapter V)** |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

**Frances A. Smith**
**Offit Kurman**
**700 N. Pearl Street, Suite 1610**
**Dallas, TX  75201**
**Phone: 214-377-7879**
**Fax: 214-377-9409**
**frances.smith@offitkurman.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is

attached to this notice.

Dated: June 22, 2026

LISA L. LAMBERT
UNITED STATES TRUSTEE
REGION 6

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt
Trial Attorney
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov

### Certificate of Service

I certify that a copy of this document was served on June 22, 2026 via the Court's CM/ECF system on all parties requesting such service in this case and by First-Class United States Mail, postage prepaid, on each party listed on the attached Creditor Matrix.

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt

United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967
Erin Marie Schmidt,
for the United States Trustee
Erin.Schmidt2@usdoj.gov

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BLUE CLOUDS HEALTH CARE** | § | **CASE NO. 26-42540-ELM11** |
| **INCORPORATED,** | § | |
| | § | **CHAPTER 11** |
| **Debtor.** | § | **(Subchapter V)** |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V Trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)     am not a creditor, equity security holder or insider of the debtor;

(b)     am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $475.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V Trustee in this case pursuant to FRBP 2008.

Dated: June 19, 2026

**OFFIT KURMAN**

By: /s/ *Frances A. Smith*
Frances A. Smith
State Bar No. 24033084
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@offitkurman.com
**SUBCHAPTER V TRUSTEE**

Label Matrix for local noticing
0539-4
Case 26-42540-elm11
Northern District of Texas
Ft. Worth
Mon Jun 22 10:26:17 CDT 2026

Blue Clouds Health Care Incorporated
729 N Fielder Rd Ste A
Arlington, TX 76012-4664

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

501 W. Tenth Street
Fort Worth, TX 76102-3637

AAdvantage Aviator Business/Citibank
P.O. Box 20507
Kansas City, MO 64195-0507

Accu Data Workforce Solutions
95 W Old Country Rd
Hicksville, NY 11801-4023

(p)AETNA CORPORATE HEADQUATERS
ATTN DAVID G SCOTT
1425 UNION MEETING ROAD
MAIL CODE U23S
BLUE BELL PA 19422-1919

Ambetter of Texas
7700 Forsyth Boulevard
Saint Louis, MO 63105-1810

Attorney General
Main Justice Bldg, Room 5111
10th & Constitution Ave., N.W.
Washington, DC 20530-0001

Bankers Healthcare Group (BHG)
10234 W. State Road 84
Davie, FL 33324-4202

Bankers Healthcare Group (BHG)
10234 W. State Road 84
Fort Lauderdale, FL 33324-4202

Blue Cross and Blue Shield of Texas
1001 E. Lookout Drive
Richardson, TX 75082-4144

Brackett & Ellis
100 Main St.
Fort Worth, TX 76102-3008

Bravera Bank
PO Box 2197
Bismarck, ND 58502-2197

C&O O'Connor Holding, LLC
729 N Fielder Rd Ste A
Arlington, TX 76012-4664

Capital One Credit Card
PO Box 30285
Salt Lake City, UT 84130-0285

Catherine O'Connor
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012-4664

Chelena O'Connor
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012-4664

Corporation Service Company
PO Box 2576
Springfield, IL 62708-2576

EBF Holdings, LLC
756 East Winchester St. Ste 301
Salt Lake City, UT 84107-7709

Elevance Health, Inc.
220 Virginia Avenue
Indianapolis, IN 46204-3709

(p)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

Healthy Texas Women
P.O. Box 200555
Austin, TX 78720-0555

Humana
P.O. Box 14611
Lexington, KY 40512-4611

ILend Advance LLC
333 Pearsall Ave
Cedarhurst, NY 11516-1842

IRS
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

LGBS
100 Throckmorton St # 300
Fort Worth, TX 76102-2833

Law Office of Caridi, P.C.
9809 4th Ave
Brooklyn, NY 11209-8103

Linebarger Goggan Blair & Sampson
3500 Maple Avenue Suite 800
Dallas, TX 75219-3959

Noor Aiman
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012-4664

Norred Law, PLLC
Norred Law, PLLC
515 E. Border
Arlington, TX 76010-7402

NovoClinical, LLC
1508 E. Skyline Drive #600
Ogden, UT 84405-4857

On Deck Capital, Inc
4700 W Daybreak Pkwy #200
South Jordan, UT 84009-5133

Oscar Health Plan
PO Box 52146
Phoenix, AZ 85072-2146

Owen O'Connor
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012-4664

Perdue Brandon Fielder Collins and Mott LLP
500 E. Border #640
Arlington, TX 76010-7457

Rick Barnes-Tax Assessor
100 E. Weatherford Street
Fort Worth, TX 76196-0206

SBA - Small Business Administration
409 3rd St SW
Washington, DC 20416-0002

Sachiko Nakashima
729 N. Fielder Rd Ste A
Arlington, TX 76012-4664

Saireen Usman
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012-4664

Serena Garcia
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012-4664

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Tax Division-US Dept. of Justice
1700 Pacific Ave. Suite 3700
Dallas, TX 75201-4656

Texas Alcoholic Bev. Comm.
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Attorney General's Office
Bankruptcy-Collections Div.
PO Box 12548
Austin, TX 78711-2548

Texas Medical Board
P.O. Box 2018
Austin, TX 78768-2018

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778-0001

U.S. Attorney-North
3rd. Floor, 1100 Commerce St.
Dallas, TX 75242

U.S. Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242-0996

USB Equipment Finance
PO Box 790448
Saint Louis, MO 63179-0448

(c)UNITED HEALTHCARE
1 OPTUM CIR
EDEN PRAIRIE MN 55344-2956

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

WEM Concept & Design LLC
1538 Cozy Drive
Fort Worth, TX 76120

Wells Fargo Business Line of Credit
P.O. Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Signify Business Essential
P.O. Box 40310
Mesa, AZ 85274-0310

Yajaira Robledo
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012-4664

Yessica Medina
c/o Blue Clouds Health Care Inc.
729 N. Fielder Rd Ste A
Arlington, TX 76012-4664

Clayton Everett
515 E. Border St.
Ste 163
76010
Arlington, TX 76010-7402

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Aetna Inc.                          First National Bank of Omaha          State Comptroller
151 Farmington Avenue               P.O. Box 3128                         Revenue Accounting Division
Hartford, CT 06156                  Omaha, NE 68103                       PO Box 13528
                                                                          Austin, TX 78711

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

United Healthcare
11000 Optum Circle
Eden Prairie, MN 55344

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Tarrant County                   End of Label Matrix
Linebarger Goggan Blair & Sampson, LLP   Mailable recipients    57
c/o John Kendrick Turner             Bypassed recipients     1
3500 Maple Avenue                    Total                  58
Suite 800
DALLAS, TX 75219-3959