NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Blue Clouds Health Care Incorporated

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Blue Clouds Health Care Incorporated<br>  729 N Fielder Rd Ste A<br>  Arlington, TX 76012<br>  Tax ID / EIN: 90-0908505<br><br>Debtor. | Case No. 26-42540-elm11<br><br>Chapter 11<br><br>Subchapter V Case |

### DEBTOR'S MOTION TO EXTEND TIME TO FILE CHAPTER 11 SCHEDULES AND OTHER REQUIRED DOCUMENTS

Blue Clouds Health Care Incorporated, dba Treat Now Family Clinic, and dba Treat Now Family Clinic and Psychiatry ("Debtor"), respectfully files this Motion for Extension of Time to File Chapter 11 Schedules and Other Required Documents ("Motion").

1.      On June 8, 2026, the Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code on an emergency basis.

2.      On June 9, 2026, the Court issued a Notice of Deficiency (Dkt No. 7) identifying certain missing documents required to complete the bankruptcy filing.

3.      On June 15, 2026, the Debtor timely cured a portion of the noticed deficiencies by filing its small business cash flow statement, statement of operations, and balance sheet (Dkt Nos. 31-33).

4.      Per Docket No. 7, the remaining unfiled documents (collectively, the "Required Documents") are currently due on June 22, 2026:

a) Schedules A/B & D-H

b) Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202)

c) Statement of Financial Affairs

d) Summary of Assets and Liabilities (Official Form 206Sum)

5. Because of this emergency basis, the Debtor has not had sufficient time to fully compile the necessary documentation and financial information for its schedules.

6. The Debtor will need an additional fourteen (14) days to prepare the detailed information for the Required Documents.

7. The Debtor requests that this Court grant an extension of fourteen days, until July 6, 2026, to review and file the Required Documents under Rule 1007(c) of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted:

By: __/s/ Clayton L. Everett_____
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Debtor

### CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system.

By: __/s/ Clayton L. Everett_____
Clayton L. Everett