## United States Bankruptcy Court
### Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re: | Case No. 26-42540-elm11 |
| Blue Clouds Health Care Incorporated | |
|   729 N Fielder Rd Ste A | Chapter 11 |
|   Arlington, TX 76012 | |
|   Tax ID / EIN: 90-0908505 | Subchapter V Case |
| | |
| Debtor. | |

**ORDER GRANTING EXTENSION OF TIME TO FILE CHAPTER 11
SCHEDULES AND OTHER REQUIRED DOCUMENTS**

CAME ON for consideration the *Motion to Extend Time to File Chapter 11 Schedules and Other Required Documents* (the "Motion") filed by Blue Clouds Health Care Incorporated, dba Treat Now Family Clinic, and dba Treat Now Family Clinic and Psychiatry ("Debtor"). The Court, having considered the Motion, the prior Notice of Deficiency (Dkt No. 7), and the fact that the Debtor filed its cash flow statement, statement of operations, and balance sheet on June 15, 2026 (Dkt Nos. 31-33), finds that good cause exists and that the Motion should be GRANTED.

It is therefore ORDERED that the Debtor shall have an extension of time, until July 6, 2026, to file the remaining deficient documents identified in Docket No. 7, namely: Schedules A/B & D-H, Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202), Statement of Financial Affairs, Summary of Assets and Liabilities (Official Form 206Sum).

IT IS SO ORDERED.

### # # # END OF ORDER # # #

Approved as to form:

Clayton L. Everett
Texas State Bar No. 24065212
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
Phone: (817) 704-3984
clayton@norredlaw.com
Counsel for Debtor