Frances A. Smith
Offit Kurman
State Bar No. 24033084
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@offitkurman.com
**SUBCHAPTER V TRUSTEE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| | § | |
| **BLUE CLOUDS HEALTH CARE** | § | **Case No. 26-42540** |
| **INCORPORATED,** | § | |
| | § | |
| | § | **CHAPTER 11** |
| **Debtor.** | § | **(Subchapter V)** |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears as Subchapter V

trustee ("Trustee"), a party-in-interest in the above-referenced bankruptcy case. Trustee

hereby enters her appearance under § 1109(b) of the United States Bankruptcy Code and Rule

9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such

Trustee hereby requests, under Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code,

§§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be

given and served upon her at the following:

Frances A. Smith
Offit Kurman
700 N. Pearl St., Suite 1610
Dallas, TX 75201
Phone: 214.593.4976
Email: frances.smith@offitkurman.com

**PLEASE TAKE FURTHER NOTICE THAT**, under § 1109(b) of the Bankruptcy

**NOTICE OF APPEARANCE**                                                                 **Page 1**

Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced cases and proceedings herein with respect to (1) that affects or seeks to affect in any way, any rights or interests of any creditor or party of interest in this case, with respect to: a) the debtor; b) property of the estate, or proceeds thereof in which the alleged debtor may claim an interest; or c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Trustee.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit will waive (1) Trustee's right to have final orders in non-core matters entered only after *de novo* review by a District Court  Judge, (2) Trustee's right to trial by jury in any proceeding in these cases or any case, controversy, or proceeding related to these cases, (3) Trustee's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupment's to which Trustee may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Trustee expressly reserves.

**NOTICE OF APPEARANCE**                                                                                           **Page 2**

Dated: June 23, 2026

Respectfully submitted,

**OFFIT KURMAN**

By: /s/ *Frances A. Smith*
Frances A. Smith
State Bar No. 24033084
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@offitkurman.com

**SUBCHAPTER V TRUSTEE**

## CERTIFICATE OF SERVICE

I certify that on June 23, 2026, I caused to be served the foregoing document via the Court's electronic filing system upon those parties that have registered for service via electronic means.

/s/ *Frances A. Smith*
Frances A. Smith