UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 26-42540-elm11 |
| Blue Clouds Health Care Inc., | § | |
| | § | Chapter 11, Subchapter V |
| Debtor. | § | |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Broocks "Mack" Wilson of Wilson Friery PLLC appears as co-counsel of record for ILendAdvance LLC ("ILend") in the above-captioned bankruptcy case and requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given or served upon:

Broocks "Mack" Wilson
**Wilson Friery PLLC**
708 Main Street, 10th Floor
Houston, Texas 77002
Phone: 713-320-8690
E-mail: mack@wilsonfriery.com

**PLEASE TAKE FURTHER NOTICE** that this request includes all notices and copies of all motions, notices, reports, briefs, applications, complaints, demands, hearings, pleadings, adversary proceedings, proposed orders, confirmed copies of orders, or request, whether formal or informal, whether transmitted or conveyed by mail, email, or otherwise that has been filed with the court, any other documents or instruments filed in the above-referenced case, and any other matter in which notice is required pursuant to the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any later appearance, pleading, claim or suit shall not be deemed to be a waiver of the rights of ILend (1) to have final orders in matters and proceedings in which a Bankruptcy Court

does not have the power to enter a final order under Article III of the Constitution entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any rights, actions, or defenses relating to the scope of the Bankruptcy Court's jurisdiction, or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which ILend is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves. Nor shall this Notice of Appearance be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Federal Rules of Bankruptcy Procedure or Federal Rules of Civil Procedure.

Dated: June 23, 2026

*/s/ Broocks M. Wilson*
Broocks 'Mack' Wilson
Texas Bar No. 24102655
**WILSON FRIERY PLLC**
708 Main Street, 10th Floor
Houston, Texas 77002
Phone: 713-320-8690
E-mail: mack@wilsonfriery.com

**Co-Counsel to ILendAdvance LLC**