# Interim and Final Cash-Collateral Budget

Blue Clouds Health Care Incorporated, d/b/a Treat Now Family Clinic

Case No. 26-42540-elm11

**Purpose.** This amended budget harmonizes the Debtor's emergency cash-collateral budget with the Debtor's later-identified ordinary-course operating expenses. It is intended to preserve operations of the medical clinic while insurance receivables are collected and administered through the Debtor-in-Possession account.

| Category | 14-Day Emergency Budget | Normalized Monthly Budget | Transaction and Calculation Basis |
|---|---|---|---|
| **CASH INFLOWS** | | | |
| Expected Insurance Payor Collections / Accounts Receivable | $37,333.33 | $80,000.00 | Based on monthly medical billing activity and an estimated realization rate of approximately 58% on collectible insurance receivables. |
| **TOTAL CASH INFLOWS** | **$37,333.33** | **$80,000.00** | Expected operating cash collections. |
| **CASH OUTFLOWS** | | | |
| Payroll Expenses | $19,721.25 | $39,442.50 | Payroll for active employees and related payroll tax liabilities; monthly amount assumes two payroll runs. |
| Virtual Assistance / Administrative Contractors | $3,600.00 | $3,600.00 | Ongoing monthly virtual assistant and administrative support expense. |
| Commercial Rent / Facility Lease | $2,187.50 | $4,375.00 | Clinic rent for Debtor's operating location. |
| Collaboration Fees | $500.00 | $1,000.00 | Professional collaboration fees required for clinic operations. |
| EMR / Medical Software | $700.00 | $700.00 | NovoMedici / EMR subscription necessary for patient records, billing, and clinic operations. |
| Utilities - Electric and Water | $683.16 | $1,366.31 | Reliant electricity and City of Arlington / water utility charges, using high-end estimates where a range was provided. |
| Telecom, Internet, Phones, Alarm, and Microsoft | $531.09 | $1,062.17 | Spectrum internet, Vonage, T-Mobile, Zoom phone/cable, Ring Central alarm, and Microsoft services. |
| Waste, Biohazard, and Shredding | $315.30 | $630.59 | Republic Services, Stericycle biohazard disposal, and Sierra Shred. |
| Clinic Supplies and Office Supplies | $1,750.00 | $3,500.00 | Clinical and office supplies, including Henry Schein, Staples, Uline, PPE, consumables, and related patient-care overhead. |
| Housekeeping / Environmental Services | $1,500.00 | $3,000.00 | Cleaning and environmental services necessary for medical clinic operations. |
| Equipment Rental | $173.56 | $347.11 | Equipment lease / rental payment. |
| Insurance and Employee Benefits | $1,075.61 | $2,151.22 | Employee dental/vision, AFLAC, general liability, Nationwide, and other monthly insurance obligations. |
| Legal, Accounting, and Other Professional Fees | $500.00 | $1,000.00 | Routine professional fees, accounting, compliance, and administrative professional support. |
| Bank Charges, Merchant Fees, and QuickBooks | $315.45 | $630.90 | Bank fees, merchant charges, and QuickBooks Online. |
| Maintenance and Repairs | $750.00 | $1,500.00 | Facility and equipment maintenance necessary to preserve operations. |
| Vehicle Expenses | $750.00 | $1,500.00 | Business vehicle-related expenses, subject to further documentation and limitation as appropriate. |
| Taxes, Licenses, Credentialing, Malpractice, Dues, and Annual Expense Accrual | $519.76 | $1,039.51 | Monthly accrual for recurring taxes, licenses, credentialing, malpractice insurance, dues, domain/technology renewals, and similar annual or periodic expenses. |

# Debtor's Exhibit A

| Category | 14-Day Emergency Budget | Normalized Monthly Budget | Transaction and Calculation Basis |
|---|---|---|---|
| SBA EIDL Loan Reserve / Debt Service | $511.00 | $1,022.00 | SBA EIDL payment reserve, subject to treatment under the Bankruptcy Code and further order of the Court as applicable. |
| Subchapter V Administrative Reserve | $750.00 | $1,500.00 | Reserve for Subchapter V trustee fees and administrative expenses. |
| **TOTAL NORMALIZED CASH OUTFLOWS** | **$36,833.66** | **$69,367.31** | Normalized operating expenses requested to preserve clinic operations. |
| **NET PROJECTED OPERATING POSITION** | **$499.67** | **$10,632.69** | Projected operating surplus before one-time June catch-up item. |

**One-Time June Catch-Up Item.** In addition to the normalized monthly budget above, the Debtor identifies a one-time May virtual-assistance catch-up amount of $3,360.00. If paid during June, the total June cash need would be $72,727.31, leaving a projected June operating surplus of $7,272.69 against expected monthly cash inflows of $80,000.00.

**Excluded or Conditional Items.** Entertainment ($250.00), DirectTV ($186.17), and LegalShield ($49.00) are not included as necessary operating expenses in this amended budget absent further documentation or Court authority. Any prepetition debt-service items are included only as a reserve or placeholder and remain subject to the Bankruptcy Code and further order of the Court.

**Summary of Requested Authority.** The Debtor requests authority to use cash collateral in the ordinary course up to $69,367.31 per month, plus a one-time June catch-up amount of $3,360.00 if necessary, for a total June authorization of $72,727.31.