NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Proposed Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:** | **Case No. 26-42540-elm** |
| **Blue Clouds Health Care Incorporated** | |
| 729 N Fielder Rd Ste A | **Chapter 11** |
| Arlington, TX 76012 | |
| Tax ID / EIN: 90-0908505 | **Subchapter V Case** |
| | |
| **Debtor** | *Hearing: July 8, 2026, at 1:30 p.m.* |

## DEBTOR'S WITNESS AND EXHIBIT LIST FOR SHOW CAUSE HEARING

Blue Clouds Health Care Incorporated, d/b/a Treat Now Family Clinic and d/b/a Treat Now Family Clinic and Psychiatry ("Debtor"), files this Witness and Exhibit List for the Order to Show Cause Regarding the Appointment of a Patient Care Ombudsman Pursuant to 11 U.S.C. 333 hearing set for July 8, 2026, at 1:30 p.m.

WITNESSES:

1. Catherine O'Connor, Debtor's representative,

2. Any witness on any other parties' witness list.

EXHIBITS:

| EX. | DESCRIPTION | ADMITTED: Y / N |
|---|---|---|
| A. | Debtor's Motion to Waive the Appointment of a Patient Care Ombudsman and Response to Order to Show Cause [ECF No. 34] | |
| B. | Exhibit – Declaration of Catherine O'Connor | |

| C. | Any exhibit listed designated or offered by any other party | |

The Debtor reserves the right to use any exhibit introduced into evidence by any other party, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to the hearing.

**Reservation of Rights**

The Debtor reserves the right to amend or supplement this Witness and Exhibit List, to call any witness identified by any other party, to offer any exhibit listed by any other party, to use exhibits for impeachment or rebuttal, and to offer additional exhibits as necessary based on the evidence, testimony, argument, or objections presented at the hearing

DATED: July 6, 2026.                              Respectfully submitted:

By: __/s/ Clayton L. Everett____
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Proposed Counsel for Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 6, 2026, a true and correct copy of the foregoing document was served on all entities receiving CM/ECF and first-class mail to the following parties:

Texas Medical Board
Attn: Legal & Licensure Compliance Division
1801 Congress Avenue, Suite 9.200
Austin, TX 78701
&Via Email: registrations@tmb.state.tx.us

26-42540-elm11, Witness & Exhibit List

Texas Health and Human Services Commission
Attn: Health Care Facilities Regulation
4601 W. Guadalupe St.
Austin, TX 78751
& Via Email: hfc.regulations@hhs.texas.gov

Office of the Texas Attorney General
Attn: Managing Attorney
Bankruptcy Regulatory Section
P.O. Box 12548, MC 008
Austin, Texas 78711
& Via Email:bankruptcy@oag.texas.gov

Texas Board of Nursing
1801 Congress Avenue, Suite 10-200
Austin, TX 78701

By: __/s/ Clayton L. Everett____
Clayton L. Everett

26-42540-elm11, Witness & Exhibit List