# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

In re:

Blue Clouds Health Care Incorporated
  729 N Fielder Rd Ste A
  Arlington, TX 76012
  Tax ID / EIN: 90-0908505

Debtor.

Case No. 26-42540-elm11

Chapter 11

Subchapter V Case

**ORDER AUTHORIZING EMPLOYMENT OF
NORRED LAW PLLC AS COUNSEL TO THE DEBTOR**

This matter having come before this Court upon the *Application to Employ Norred Law PLLC as Counsel to the Debtor and Debtor-in-Possession* ("Application") pursuant to 11 U.S.C. §§ 105(a) and 327 and Bankruptcy Rules 2014 and 2016 filed by Blue Clouds Health Care Incorporated ("Blue Clouds" or "The Debtor"); the Court finds that it has jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334; the Court finds that these are core proceedings pursuant to 28 U.S.C. § 157(b)(2); the Court finds that Norred Law PLLC ("Norred Law") represents no other interest or entity having an adverse interest in connection with this chapter 11 case and is a disinterested person pursuant to 11 U.S.C. § 101(14); the Court finds that the Debtor has shown good, sufficient, and sound business purpose and justification for the relief

requested in the Application; the Court finds that the relief requested in the Application is in the best interest of the Debtor, its estate, and the creditors; the Court finds that proper and adequate notice of the Application and the hearing thereon has been given and that no other or further notice is necessary; and the Court finds that upon the record due deliberation good and sufficient cause exists for granting the relief requested therein; accordingly

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED**.

2. The Debtor is hereby authorized under 11 U.S.C. § 327 to employ and retain Norred Law as its counsel effective as of the Petition Date; as such, Norred Law is authorized to provide such professional services necessary in this case.

3. As soon as practicable after entry of the Order, Norred Law shall serve the Order on all parties entitled to notice of the Application.

4. Norred Law shall be compensated under the terms and conditions of Norred Law's engagement with the Debtor, as outlined in the Application, the procedure outlined in 11 U.S.C. §§ 330 and 331, and under such Bankruptcy Rules as may be applicable from time to time, and such procedures as may be fixed by order of this Court.

5. This Order shall be effective from the Petition Date through and including the date of the final hearing on the Application.

6. This Order shall become a Final Order on the fifteenth day after the entry of the Order without further notice or hearing unless an objection to the Order is timely filed with the Court and served on Norred Law on or before fifteen days after entry of the Order. If an objection is filed, Norred Law shall request a hearing on

the Application with notice thereof to the objecting party only. This Order shall

remain in effect notwithstanding any objection until further order of this Court.

**# # # END OF ORDER # # #**

Approved as to form by:

Clayton L. Everett
State Bar No. 24065212
Norred Law, PLLC
515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Proposed Counsel for the Debtor