

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 8, 2026**

_____
**United States Bankruptcy Judge**
_____

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **BLUE CLOUDS HEALTH CARE** | § | **CASE NO.: 26-42540-ELM** |
| **INCORPORATED,** | § | |
| | § | **Subchapter V** |
| | § | |
| **DEBTOR** | § | |

**ORDER DISCHARGING ORDER TO SHOW CAUSE REGARDING THE**
**APPOINTMENT OF A PATIENT CARE OMBUDSMAN UNDER 11 U.S.C. § 333**

On July 8, 2026, came on for hearing before this Court, the order to show cause regarding the appointment of a patient care ombudsman pursuant to 11 U.S.C. § 333.  Based upon the record before the Court, the Court finds that a patient care ombudsman is not necessary in this case at this time and should not be appointed.  It is therefore, hereby

**ORDERED** that the order to show cause regarding the appointment of a patient care ombudsman pursuant to 11 U.S.C. § 333 in this case is hereby discharged; and it is further

**ORDERED** that a patient care ombudsman shall not be appointed in this case at this time; it is further

**ORDERED** that this order is without prejudice to any party seeking the appointment of a

patient care ombudsman at a later date.

# # # **END OF ORDER** # # #