**Fill in this information to identify the case:**

Debtor Name __Blue Clouds Health Care Incorporated__

United States Bankruptcy Court for the: Northern District of Texas

Case number: __26-42540-elm11__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month: __June__                 Date report filed: __06/08/2026__
MM / DD / YYYY

Line of business: __Medical__                NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Catherine O'Connor - Blue Clouds Health Care, Inc__

Original signature of responsible party __Caullttry__

Printed name of responsible party __Catherine O'Connor__

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☒ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☒ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 1

3) I did not pay all the Bills on time because I did not have enough money in the account to pay. But I am currently trying to catch up with all the Bills

Exhibit B

15) Yes, I borrowed money to pay some expenses and to make payroll when my account receivable was being garnished. I borrowed 20,500. I have paid the amount to the person that was borrowed.

Debtor Name  Blue Clouds Health Care Incorporated                          Case number 26-42540-elm11

17. Have you paid any bills you owed before you filed bankruptcy?                          ☐  ☒  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☒  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 3,611.34

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 66,994

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 51,812.55

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 15,181.45

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

    = $ 18,792.81

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ 6,545

    *(Exhibit E)*

Exhibit E

Lawyer Fees

Hvac repairs and services

Debtor Name Blue Clouds Health Care Incorporated     Case number 26-42540-elm11

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ _____

   *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?     9

27. What is the number of employees as of the date of this monthly report?     9

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ $10,000

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ $10,000

30. How much have you paid this month in other professional fees?     $ $

31. How much have you paid in total other professional fees since filing the case?     $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:     $ 90,000

36. Total projected cash disbursements for the next month:     - $ 70,000

37. Total projected net cash flow for the next month:     = $ 20,000

Debtor Name **Blue Clouds Health Care Incorporated**          Case number **26-42540-elm11**          page **4**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☒ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Initiate Business Checking℠
June 30, 2026 ■ Page 1 of 5

**WELLS FARGO**

ı   BLUE CLOUDS HEALTH CARE INCORPORATED
DEBTOR IN POSSESSION
CH11 CASE #26-42540 (NTX)
729 N FIELDER RD STE A
ARLINGTON TX 76012-4664

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Be mindful of ongoing scams affecting older adults. Help protect yourself and loved ones from:

- Investment scams - the scammer makes friends with you on social media then offers to show you how to invest in crypto or another "money making" opportunity. Watch out for promises of big returns, suggestions to invest in crypto, or requests to wire money.
- Scam Callers Pretending to Be Tech Help - scammers pose as a computer technician, or you may get a pop-up window on your screen warning you about an issue with your device.

If you have a real tech issue: go to a local company that you know and trust. Be on the lookout for fake websites. Never trust someone who contacts you first or asks for access to your device. If this happens to you, it's a scam.

Learn more at wellsfargo.com/scams

**WELLS FARGO**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/11 | $0.00 |
| Deposits/Credits | 70,605.36 |
| Withdrawals/Debits | - 51,812.55 |
| Ending balance on 6/30 | $18,792.81 |

Account number: ▮▮▮▮7857 (primary account)

BLUE CLOUDS HEALTH CARE INCORPORATED
DEBTOR IN POSSESSION
CH11 CASE #26-42540 (NTX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▮▮▮▮▮▮

For Wire Transfers use
Routing Number (RTN): ▮▮▮▮▮▮

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/11 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 22,482.06 | | |
| 6/11 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx4325 3051 W Camp Wisdom Rd Grand Prairie TX | 609.87 | | |
| 6/11 | | Deposit Made In A Branch/Store | 295.18 | | |
| 6/11 | | WT Fed#01R01 Dime Commercial Ba /Ftr/Bnf=Accu Data Corp Srf# 0073359162615323 Trn#260611161692 Rfb# | | 19,721.25 | 3,665.86 |
| 6/15 | | Deposit Made In A Branch/Store | 688.64 | | |
| 6/15 | | Online Transfer From Blue Clouds Health Care Incorporated Business Checking xxxxxx6630 Ref #Ib0Yjpgs7Y on 06/15/26 | 4,028.39 | | 8,382.89 |
| 6/16 | | Online Transfer From Blue Clouds Health Care Incorporated Business Checking xxxxxx6630 Ref #Ib0Yk2Mvr4 on 06/16/26 | 1,327.13 | - | |
| 6/16 | | Online Transfer to C & O O'Connor Holding, LLC Ref #Ib0Yk2NC5Z Business Checking Rent | | 500.00 | |
| 6/16 | | Zelle to Apax Solutions Inc on 06/16 Ref # Wfct129T9SBC Payroll | | 3,360.00 | 5,850.02 |
| 6/18 | | Deposit Made In A Branch/Store | 3,638.16 | | |
| 6/18 | | Online Transfer From Blue Clouds Health Care Incorporated Business Checking xxxxxx6630 Ref #Ib0Yks3Txw on 06/18/26 | 3,440.68 | | |
| 6/18 | 1002 | Check | | 90.00 | 12,838.86 |
| 6/22 | | Zelle From Omar Sagarnaga Ramirez on 06/19 Ref # 0G50Pb71Fmvq | 35.00 | | |
| 6/22 | | Deposit Made In A Branch/Store | 6,444.65 | | |
| 6/22 | | Online Transfer From Blue Clouds Health Care Incorporated Business Checking xxxxxx6630 Ref #Ib0Ymdwt98 on 06/22/26 | 6,385.70 | | |
| 6/22 | < | Business to Business ACH Debit - Blue Clouds Hea Payroll 062226 8Bch Blue Clouds Health Car | | 0.11 | |
| 6/22 | 1003 | Check | | 1,000.00 | 24,704.10 |
| 6/23 | | Deposit Made In A Branch/Store | 4,098.94 | | |
| 6/23 | | Deposit Made In A Branch/Store | 304.17 | | |
| 6/23 | | Online Transfer From Blue Clouds Health Care Incorporated Business Checking xxxxxx6630 Ref #Ib0Ymqrnzk on 06/23/26 | 1,418.19 | | |
| 6/23 | | WT Fed#01R01 Dime Community Ban /Ftr/Bnf=Accu Data Corp Srf# 0073359174408073 Trn#260623179575 Rfb# | | 19,588.08 | 10,937.32 |
| 6/24 | < | Business to Business ACH Debit - Novomedicl Novomedicl Pequ6E23Pwbk6Q9 Catherine O'Connor | | 700.00 | 10,237.32 |
| 6/25 | | Online Transfer From Blue Clouds Health Care Incorporated Business Checking xxxxxx6630 Ref #Ib0Yng63F7 on 06/25/26 | 1,494.95 | | |
| 6/25 | | Republicservices Rsibillpay 062526 307940259661 Blue Cloud Healthcare | | 383.28 | |
| 6/25 | < | Business to Business ACH Debit - Sba Eidl Loan Payment 260624 0000 3146098002 | | 1,022.00 | 10,326.99 |
| 6/29 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 11,439.11 | | |
| 6/29 | | Deposit Made In A Branch/Store | 2,474.43 | | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 6/29 | | Recurring Payment authorized on 06/26 Vbs*Vonage Busines 866-901-0242 GA S466178220491380 Card 0415 | | 169.47 | |
| 6/29 | | Purchase authorized on 06/27 Tmobile*Postpaid T 800-937-8997 WA S586179022196242 Card 0415 | | 282.00 | |
| 6/29 | | Online Transfer to C & O O'Connor Holding, LLC Ref #Ib0Yq4Jwjb Business Checking Rent Payment | | 3,000.00 | 20,789.06 |
| 6/30 | | Blue Clouds Hea Payroll 063026 8Bch Blue Clouds Health Car | 0.11 | | |
| 6/30 | | Harland Clarke Check/Acc. 062726 2I29942800718L8 Blue Clouds Health Car | | 49.50 | |
| 6/30 | | Recurring Payment authorized on 06/29 Spectrum 855-707-7328 MO S356180476445937 Card 0415 | | 309.00 | |
| 6/30 | | Toyota ACH Rtl Tel Ite04NK5J0R9Z40 Blue Cloud Care Infor | | 1,637.86 | 18,792.81 |
| Totals | | | $70,605.36 | $51,812.55 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|
| 1002 | 6/18 | 90.00 | 1003 | 6/22 | 1,000.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/11/2026 - 06/30/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|------|------|------|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|------|------|------|
| • Minimum daily balance | $2,000.00 | $3,665.86 ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units Included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 81 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

**WELLS FARGO**

 **TIP** Report check fraud right away. Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so it's important to review the check image as soon as it clears. Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.



# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other
. withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your       $ _____
register or transfers into       $ _____
your account which are not       $ _____
shown on your statement.     + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.       TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | . |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801