**Fill in this information to identify the case:**

Debtor Name Blue Clouds Health Care Incorporated

United States Bankruptcy Court for the: Northern District of Texas

Case number: 26-42540-elm11

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: July

Date report filed: 06/08/2026 (MM / DD / YYYY)

Line of business: Medical

NAISC code: ____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Catherine O'Connor - Blue Clouds Health Care, Inc

Original signature of responsible party: [signature]

Printed name of responsible party: Catherine O'Connor

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☒ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Exhibit B

The $20,500 that was Borrowed for the payroll Came out but in the month of July.

Debtor Name Blue Clouds Health Care Incorporated Case number 26-42540-elm11

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☒ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☒ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 18,792.81

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 118,439.09

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 96,921.08

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

\+ $ 21,518.01

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 40,310.82

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 2485.30

Exhibit E

SWHR - South western Health Resources 2485.30 - Check already made to Them but they have not catch it yet. This is the yearly amount For credentially.

UNITED STATES POSTAL SERVICE.

E'ST ARLINGTON
[illegible] DR STE B
ARLINGTON, TX 76010-9997
[illegible] com

07/29/2026 01:30 PM

TRACKING NUMBERS
9589 0710 5270 2014 4527 80

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.82 |
| Wentzville, MO 63385<br>Weight: 0 lb 0.30 oz<br>Estimated Delivery Date<br>Sat 08/01/2026 | | | |
| Certified Mail®<br>Tracking #:<br>9589 0710 5270 2014 4527 80 | | | $5.55 |
| Total | | | $6.37 |

Grand Total: $6.37

Debit Card Remit $6.37
Card Name: VISA
Account #: XXXXXXXXXXXX0415
Approval #: 088746
Transaction #: 824
Receipt #: 042564
Debit Card Purchase: $6.37
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Verified

Welcome to Shell

SHELL
12969 PRESTON RD
DALLAS, TX
75230
57542448402
08/02/2026 494864204
01:56:09 PM

PUMP# 1

SUPER 14.807G
PRICE/GAL $5.099

FUEL TOTAL $ 75.50

TOTAL = $ 75.50

CREDIT $ 75.50

US DEBIT
USD$75.50
XXXX XXXX XXXX 0415
Chip Read
APPROVED
AUTH # 028038
INV # 882188
Mode: Issuer
AID: A0000000980840
TVR: 8000000000
IAD: 06061203A02000
TSI: 6800
ARC: 00

Please come again

sam's club

Thanks for being a Sam's Club Plus member, CATHERINE!

You saved $4.00 with Instant Savings today.
You earned $1.72 in Sam's Cash today.

See details at SamsClub.com/Account

817-779-6047
07/25/26 15:51 0303 04911 092 9092

101-************* *240 9

| | | |
|---|---|---|
| I 990493409 FEBREZE AIR | 9.98 T | |
| V INST SV FEBREZE AIR | 2.00-T | |
| I 990493412 FEBREZE AIR | 9.98 T | |
| V INST SV FEBREZE AIR | 2.00-T | |
| 2 @ 17.48 | | |
| 990539727 AIRWICK 1/9 | 34.96 T | |
| 2 @ 17.48 | | |
| 990535748 AIRWICK 1/9 | 34.96 T | |
| SUBTOTAL | 85.88 | |
| TAX1 8.2500 % | 7.09 | |
| TOTAL | 92.97 | |
| DEBIT TEND | 92.97 | |
| CHANGE DUE | 0.00 | |

EFT DEBIT PAY FROM PRIMARY
92.97 TOTAL PURCHASE
US DEBIT- 0415 I 0
REF # 620650421732
NETWORK ID. 0008 APPR. CODE 002043
AID A0000000980840
TERMINAL # 27115736
*Pin Verified
07/25/26 15:51:34

ITEMS SOLD 6
TC# 4199 6774 6798 1389 6269

You earned $1.72 in Sam's Cash; that's 2% of your eligible purchases.

UNITED STATES POSTAL SERVICE

EAST ARLINGTON
DR STE B
ARLINGTON, TX 76010-9997
.com

07/29/2026 01:

TRACKING NUMBERS
9589 0710 5270 2014 4527 80

TRACK STATUS OF ITEMS WITH THIS CO
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USI
Standard message and data rates may

TRACK STATUS ONLINE
Visit https://www.usps.com/tracki
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price |
|---|---|---|
| First-Class Mail® Letter | 1 | |

Wentzville, MO 63385
Weight: 0 lb 0.30 oz
Estimated Delivery Date
Sat 08/01/2026
Certified Mail®
Tracking #:
9589 0710 5270 2014 4527 8

Total

Grand Total:

Debit Card Remit
Card Name: VISA
Account #: XXXXXXXXXXXX0415
Approval #: 088746
Transaction #: 824
Receipt #: 042564
Debit Card Purchase: $6.37
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Verified

Debtor Name Blue Clouds Health Care Incorporated Case number 26-42540-elm11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ ________

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 9
27. What is the number of employees as of the date of this monthly report? 10

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 10,000
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 10,000
30. How much have you paid this month in other professional fees? $ 4050.00
31. How much have you paid in total other professional fees since filing the case? $ 14050.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | | *Column B* **Actual** Copy lines 20-22 of this report. | | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ ________ | – | $ ________ | = | $ ________ |
| 33. **Cash disbursements** | $ ________ | – | $ ________ | = | $ ________ |
| 34. **Net cash flow** | $ ________ | – | $ ________ | = | $ ________ |

35. Total projected cash receipts for the next month: $ 90,000
36. Total projected cash disbursements for the next month: - $ 76,485
37. Total projected net cash flow for the next month: = $ 13,515

Debtor Name Blue Clouds Health Care Incorporated Case number 26-42540-elm11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# Initiate Business Checking℠



WELLS FARGO

BLUE CLOUDS HEALTH CARE INCORPORATED
DEBTOR IN POSSESSION
CH11 CASE #26-42540 (NTX)
729 N FIELDER RD STE A
ARLINGTON TX 76012-4664

Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Vet travel sites and agents to help avoid vacation scams

Scammers use AI to create realistic ads, booking sites, and even follow-up emails to steal your money and personal information.

A few smart habits can help protect your trip - and your wallet:
- Use official sites and apps. Fake travel sites often appear in search ads and are designed to steal your payment or login details.
- Don't click links in unexpected or urgent emails. Scammers may hack real reservation emails to request extra fees.
- Be careful with sponsored customer service search results. Scammers buy ads with fake airline or hotel customer service numbers. Travelers often encounter these scams during flight delays or cancellations.
- Think twice about unusually cheap deals. Too-good-to-be-true prices - especially amid today's rising travel costs - are a common scam tactic.

Slow down and verify before you click, call, or pay. Report suspicious messages or charges right away.

WELLS FARGO

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $18,792.81 |
| Deposits/Credits | 137,231.90 |
| Withdrawals/Debits | - 96,921.08 |
| Ending balance on 7/31 | $59,103.63 |

Account number: [redacted]7857 (primary account)
BLUE CLOUDS HEALTH CARE INCORPORATED
DEBTOR IN POSSESSION
CH11 CASE #26-42540 (NTX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN) [redacted]

For Wire Transfers use
Routing Number (RTN): [redacted]

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 7/1 | | Purchase authorized on 06/30 NMI*Nationwide 800-282-1446 OH S306181557930016 Card 0415 | | 517.16 | 18,275.65 |
| 7/2 | | Blue Clouds Hea Payroll 070226 8Bch Blue Clouds Health Car | 231.00 | | |
| 7/2 | | eDeposit IN Branch 07/02/26 12:36:10 PM 3051 W Camp Wisdom Rd Grand Prairie TX 0415 | 853.07 | | |
| 7/2 | | Online Transfer From Blue Clouds Health Care Incorporated Business Checking xxxxxx6630 Ref #Ib0Yrjpb4C on 07/02/26 | 13,635.40 | | |
| 7/2 | | Zelle to Kenneth Baird on 07/02 Ref # Wfct12Cnvb7C | | 2,000.00 | |
| 7/2 | | Zelle to Tdf LLC on 07/02 Ref # Wfct12Cnwwtk Payrollapax Solutions | | 2,440.00 | |
| 7/2 | | Life Ins of SW xxxxxxxxxx Jul 01 84219461 1142924x | | 50.00 | |
| 7/2 | | Life Ins of SW xxxxxxxxxx Jul 01 84219460 1142900x | | 500.00 | 28,005.12 |
| 7/3 | | Recurring Payment authorized on 07/02 Reliant Energy 866-222-7100 TX S466183337919171 Card 0415 | | 427.06 | 27,578.06 |
| 7/6 | | CC Health Plan K Acctverify 260706 Blue Clouds Health Car | 0.01 | | |
| 7/6 | | eDeposit IN Branch 07/06/26 04:27:24 PM 3051 W Camp Wisdom Rd Grand Prairie TX 0415 | 42,901.27 | | |
| 7/6 | | Online Transfer From Blue Clouds Health Care Incorporated Business Checking xxxxxx6630 Ref #Ib0Yt76Wvs on 07/06/26 | 5,429.38 | | |
| 7/6 | 1002 | Check | | 20,500.00 | 55,408.72 |
| 7/7 | | eDeposit IN Branch 07/07/26 04:53:20 PM 3051 W Camp Wisdom Rd Grand Prairie TX 0415 | 3,008.77 | | |
| 7/7 | | Online Transfer From Blue Clouds Health Care Incorporated Business Checking xxxxxx6630 Ref #Ib0Ytkvs42 on 07/07/26 | 5,464.02 | | |
| 7/7 | | Wire Trans Svc Charge - Sequence: 260707173312 Srf# Ow00007171643410 Trn#260707173312 Rfb# Ow00007171643410 | | 25.00 | |
| 7/7 | | Purchase authorized on 07/06 Arlington Water UT 817-275-2647 TX S346187477869091 Card 0415 | | 295.95 | |
| 7/7 | | Purchase authorized on 07/06 Uline *Ship Suppl 800-295-5510 WI S356187594700526 Card 0415 | | 293.35 | |
| 7/7 | | WT Fed#02R01 Dime Community Ban /Ftr/Bnf=Accu Data Corp Srf# Ow00007171643410 Trn#260707173312 Rfb# Ow00007171643410 | | 19,654.03 | |
| 7/7 | 1003 | Check | | 2,000.00 | 41,613.18 |
| 7/8 | | Purchase authorized on 07/07 USPS PO 4803390911 Arlington TX S346188642349221 Card 0415 | | 6.08 | 41,607.10 |
| 7/9 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 6,388.65 | | |
| 7/9 | | Zelle From Marlene B Marquez on 07/09 Ref # Jpm99Coveekm Dr | 20.00 | | |
| 7/9 | | Zelle From Lovelee Anderson on 07/09 Ref # Jpm99Covromg Lovelee Anderson Office Visit July 9 | 25.00 | | |
| 7/9 | | Purchase authorized on 07/06 Staples Atlant 877-826-7755 GA S386187597778567 Card 0415 | | 665.11 | 47,375.64 |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/10 | | Cook Children's Hcclaimpmt 260709 2773 TRN*1*000000000409611*1760585240\ | 87.79 | | |
| 7/10 | | Purchase authorized on 07/09 Henry Schein* 631-843-5000 NY S346190569704292 Card 0415 | | 1,285.97 | |
| 7/10 | 1001 | Check | | 230.76 | 45,946.70 |
| 7/13 | | eDeposit IN Branch 07/13/26 04:23:45 PM 3051 W Camp Wisdom Rd Grand Prairie TX 0415 | 1,070.81 | | |
| 7/13 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 17,612.83 | | |
| 7/13 | | Purchase authorized on 07/10 Stapls768276921400 877-826-7755 GA S586191367802349 Card 0415 | | 132.69 | |
| 7/13 | < | Business to Business ACH Debit - Basys Processing ACH Collec 13762403 Treat NOW Family Cli | | 77.80 | 64,419.85 |
| 7/14 | | Online Transfer to C & O O'Connor Holding, LLC Ref #Ib0Yx3Ksgq Business Checking July Rent | | 4,375.00 | |
| 7/14 | < | Business to Business ACH Debit - Basys Processing ACH Collec 13774146 Treat NOW Family Cli | | 27.85 | 60,017.00 |
| 7/15 | | American Gen Lif Ins_Paymt 000701909080 Catherine Oconno260713 | | 433.00 | 59,584.00 |
| 7/16 | | eDeposit IN Branch 07/16/26 12:44:49 PM 3051 W Camp Wisdom Rd Grand Prairie TX 0415 | 827.28 | | |
| 7/16 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 7,334.99 | | |
| 7/16 | 1005 | Cashed Check | | 1,545.00 | |
| 7/16 | 1006 | Cashed Check | | 3,000.00 | |
| 7/16 | | Life Ins of SW xxxxxxxxxx Jul 15 84727086 1142924x | | 50.00 | |
| 7/16 | | Life Ins of SW xxxxxxxxxx Jul 15 84727085 1142900x | | 500.00 | 62,651.27 |
| 7/17 | | Cook Children's Hcclaimpmt 260716 2773 TRN*1*000000000410643*1760585240\ | 43.87 | | 62,695.14 |
| 7/20 | | Zelle From Vanessa Gonzales on 07/20 Ref # Cofbqragxvww Appointment 720 Vanessa Gonzales | 30.00 | | |
| 7/20 | | eDeposit IN Branch 07/20/26 04:23:17 PM 3051 W Camp Wisdom Rd Grand Prairie TX 0415 | 683.27 | | |
| 7/20 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 6,371.13 | | |
| 7/20 | | Purchase authorized on 07/15 Paypal *Proweaver 4029357733 Sgp S466196750851497 Card 0415 | | 525.00 | |
| 7/20 | | Purchase authorized on 07/16 Shell Oil 57544126 Arlington TX S346197680200252 Card 0415 | | 66.30 | |
| 7/20 | | Recurring Payment authorized on 07/18 Tmobile*Auto Pay 800-937-8997 WA S466199432841396 Card 0415 | | 303.74 | |
| 7/20 | | Purchase authorized on 07/19 Costco Whse #0636 Duncanville TX P306200628868735 Card 0415 | | 47.78 | 68,836.72 |
| 7/21 | 1009 | Check | | 3,500.00 | 65,336.72 |
| 7/22 | | Wire Trans Svc Charge - Sequence: 260722043631 Srf# Ow00007225452894 Trn#260722043631 Rfb# Ow00007225452894 | | 25.00 | |
| 7/22 | | Wire Trans Svc Charge - Sequence: 260722125281 Srf# Ow00007226350714 Trn#260722125281 Rfb# Ow00007226350714 | | 25.00 | |
| 7/22 | | Wire Trans Svc Charge - Sequence: 260722127210 Srf# Ow00007226373195 Trn#260722127210 Rfb# Ow00007226373195 | | 25.00 | |
| 7/22 | | WT Fed#01R00 Dime Community Ban /Ftr/Bnf=Accu Data Corp Srf# Ow00007225452894 Trn#260722043631 Rfb# Ow00007225452894 | | 22,748.99 | |
| 7/22 | | WT Fed#02R01 Dime Community Ban /Ftr/Bnf=Accu Data Corp Srf# Ow00007226350714 Trn#260722125281 Rfb# Ow00007226350714 | | 619.25 | |
| 7/22 | | WT 260722-127210 Manufacturers & Tra /Bnf=Offit Kurman PA Srf# Ow00007226373195 Trn#260722127210 Rfb# Ow00007226373195 | | 1,000.00 | |
| 7/22 | | Toyota ACH Rtl Tel 5Plhw7309G501Ow Blue Cloud Care Infor | | 1,500.00 | 39,393.48 |
| 7/23 | | Check Printing Charge Debit - Reversal | 49.50 | | |

WELLS FARGO

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/23 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 7,248.91 | | 46,691.89 |
| 7/27 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 5,644.07 | | |
| 7/27 | | eDeposit IN Branch 07/27/26 04:58:11 PM 3051 W Camp Wisdom Rd Grand Prairie TX 0415 | 2,145.45 | | |
| 7/27 | | Purchase authorized on 07/25 Samsclub #4911 Mansfield TX P000000747320535 Card 0415 | | 92.97 | |
| 7/27 | < | Business to Business ACH Debit - Sba Eidl Loan Payment 260724 0000 3146098002 | | 1,022.00 | 53,366.44 |
| 7/28 | | Wire Trans Svc Charge - Sequence: 260728052813 Srf# Ow00007247606558 Trn#260728052813 Rfb# Ow00007247606558 | | 25.00 | |
| 7/28 | | Recurring Payment authorized on 07/26 Vbs*Vonage Busines 866-901-0242 GA S386208220870787 Card 0415 | | 170.95 | |
| 7/28 | | WT Fed#01R00 Dime Community Ban /Ftr/Bnf=Accu Data Corp Srf# Ow00007247606558 Trn#260728052813 Rfb# Ow00007247606558 | | 2,502.92 | |
| 7/28 | < | Business to Business ACH Debit - Novomedici Novomedici R4Wldwh4Rmh89Gp Catherine O'Connor | | 700.00 | 49,967.57 |
| 7/29 | | Purchase authorized on 07/29 USPS PO 48033909 1828 E P Arlington TX P386210666479426 Card 0415 | | 6.37 | 49,961.20 |
| 7/30 | | Blue Clouds Hea Payroll 073026 8Bch Blue Clouds Health Car | 2,412.61 | | |
| 7/30 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 7,583.25 | | |
| 7/30 | | Life Ins of SW xxxxxxxxxx Jul 29 85214775 1142924x | | 50.00 | |
| 7/30 | | American Gen Lif Ins_Paymt 000746778220 Catherine Oconno260728 | | 433.00 | |
| 7/30 | | Life Ins of SW xxxxxxxxxx Jul 29 85214774 1142900x | | 500.00 | 58,974.06 |
| 7/31 | | Cook Children's Hcclaimpmt 260730 2773 TRN*1*000000000412747*1760585240\ | 129.57 | | 59,103.63 |
| Totals | | | $137,231.90 | $96,921.08 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | 7/10 | 230.76 | 1003 | 7/7 | 2,000.00 | 1006 | 7/16 | 3,000.00 |
| 1002 | 7/6 | 20,500.00 | 1005 * | 7/16 | 1,545.00 | 1009 * | 7/21 | 3,500.00 |

* *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2026 - 07/31/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

WELLS FARGO

*Monthly service fee summary (continued)*

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $2,000.00 | $18,325.15 ☑ |

C1/C1

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 86 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

**TIP** Report check fraud right away. Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so it's important to review the check image as soon as it clears. Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

WELLS FARGO

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.
- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.
- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.
- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance shown on your statement ...................... $ ______

ADD
B. Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ______
$ ______
$ ______
+ $ ______

.................................... TOTAL $ ______

CALCULATE THE SUBTOTAL
(Add Parts A and B)
.................................... TOTAL $ ______

SUBTRACT
C. The total outstanding checks and withdrawals from the chart above ............ - $ ______

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ............................ $ ______

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801