**Fill in this information to identify the case:**

Debtor Name Blue Clouds Health Care Incorporated

United States Bankruptcy Court for the: Northern District of Texas

Case number: 26-42540-elm11

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: August

Date report filed: 6/8/2026 (MM / DD / YYYY)

Line of business: Medical

NAISC code: ___________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Catherine O'Connor - Blue Clouds Health Care, Inc

Original signature of responsible party: [signature]

Printed name of responsible party: Catherine O'Connor

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☒ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☒ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☒ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Exhibit A

I am playing catching up as some of Bills was not paid because the checks were returned back.

Exhibit B

My Website went down and Had to rebuild the website costing $1,050 dollars

Yes I borrowed the money used to File the Bankrupcy $10,000 dollars

Debtor Name Blue Clouds Health Care Incorporated Case number 26-42540-elm11

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☒ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☒ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 59,103.63

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 76,478.79

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 72,250.30

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here. + $ -54,875.14

This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 4228.49

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 10,000

*(Exhibit E)*

Exhibit D

Website Proweaver $1050

| Date paid | Payee | Purpose | amount |
|---|---|---|---|
| 8/3/2026 | Proweaver | website | 525 |
| 8/4/2026 | Westin | Conference | 466.76 |
| 8/4/2026 | Shell | gas | 75.50 |
| 8/4/2026 | Reliant | Energy | 488.61 |
| 8/4/2026 | RJC Payroll | Payroll | 2640 |
| 8/4/2026 | C&O O'Connor Holding | Rent | 4,375 |
| 8/4/2026 | Accudata | payroll | 22,308.65 |
| 8/6/2026 | Nationwide | Insurance | 245.57 |
| 8/6/2026 | Spectrum | Internet | 309.32 |
| 8/10/2026 | Tsys/TransFirst | Credit card Fees | 190.89 |
| 8/11/2026 | Stericycle | Waste disposal | 357.81 |
| 8/12/2026 | United Healthcare | Dental insurance | 826.88 |
| 8/13/2026 | Arlington Water | water | 123.08 |
| 8/13/2026 | ~~Life 403B~~ National Life | ~~500 + 50~~ error 403B | 500 + 50 |
| 8/14/2026 | Best Buy | Computer repair | 903.77 |
| 8/14/2026 | Arah Cleaning | Cleaning & environmental | 3,500 |
| 8/18/2026 | Offit Kurman | Trustee payment | 1000 |
| 8/18/2026 | Accudata | payroll | 22,406.33 |
| 8/19/2026 | T-mobile | Phone service | 573.23 |
| 8/24/2026 | Sewell lexus | Service | 206.51 |
| 8/24/2026 | Toyota ACH | Car payment | 1500 |
| 8/25/2026 | Novomedici | EMR payment | 700.00 |
| 8/25/2026 | SBA loan | Loan payment | 1022.00 |
| 8/25/2026 | WEM | maintenance | 1599.00 |
| 8/27/2026 | National Life | 403B | 500+50 |
| 8/28/2026 | Vonage | Phone payment | 170.95 |
| 8/28/2026 | National Life | 403B | 500+50 |

Exhibit E

$10,000 given to help File the initial Bankruptcy Case
Money was given by Jesica Medina

Debtor Name Blue Clouds Health Care Incorporated Case number 26-42540-elm11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ ________

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 9

27. What is the number of employees as of the date of this monthly report? 9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 10,000

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 10,000

30. How much have you paid this month in other professional fees? $ ________

31. How much have you paid in total other professional fees since filing the case? $ ________

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ ________ | – | $ ________ | = | $ ________ |
| 33. **Cash disbursements** | $ ________ | – | $ ________ | = | $ ________ |
| 34. **Net cash flow** | $ ________ | – | $ ________ | = | $ ________ |

35. Total projected cash receipts for the next month: $ 80,000

36. Total projected cash disbursements for the next month: - $ 72,000

37. Total projected net cash flow for the next month: = $ 8,000

Debtor Name Blue Clouds Health Care Incorporated Case number 26-42540-elm11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

# Initiate Business Checking℠



WELLS FARGO

BLUE CLOUDS HEALTH CARE INCORPORATED
DEBTOR IN POSSESSION
CH11 CASE #26-42540 (NTX)
729 N FIELDER RD STE A
ARLINGTON TX 76012-4664

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Check your security settings

Now is a great time to make sure your security settings are up to date before the busy fall, back-to-school, and holiday seasons arrive.

Sign on now and complete a few simple steps in less than 10 minutes:

1. Update and strengthen your password, or better yet get Passkey (it takes just a minute).
2. Ensure we have your current contact information (current mobile number and email).
3. Set up account alerts*, which you can customize for your needs.

Learn more at www.wellsfargo.com/securitytools

* Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

WELLS FARGO

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $59,103.63 |
| Deposits/Credits | 76,478.79 |
| Withdrawals/Debits | - 72,250.30 |
| Ending balance on 8/31 | $63,332.12 |

Account number: [redacted]7857 (primary account)
BLUE CLOUDS HEALTH CARE INCORPORATED
DEBTOR IN POSSESSION
CH11 CASE #26-42540 (NTX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): [redacted]

For Wire Transfers use
Routing Number (RTN): [redacted]

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/3 | | Cook Children's Hcclaimpmt 260731 2773 TRN*1*000000000413408*\ | 140.00 | | |
| 8/3 | | Zelle From Nicole Sackey on 08/03 Ref # 0Gs06B911NC5 CO Pay for Dr Visit | 15.00 | | |
| 8/3 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 9,672.50 | | |
| 8/3 | | Purchase authorized on 07/31 Paypal *Proweaver 4029357733 Sgp S386212666121271 Card 0415 | | 525.00 | 68,406.13 |
| 8/4 | | Wire Trans Svc Charge - Sequence: 260804136768 Srf# Ow00007278763521 Trn#260804136768 Rfb# Ow00007278763521 | | 25.00 | |
| 8/4 | | Purchase authorized on 07/31 Westin (Westin Hot Dallas TX S346212535493425 Card 0415 | | 466.76 | |
| 8/4 | | Purchase authorized on 08/02 Shell Oil 57542448 Dallas TX S346214680529536 Card 0415 | | 75.50 | |
| 8/4 | | Recurring Payment authorized on 08/03 Reliant Energy 866-222-7100 TX S306215312979727 Card 0415 | | 488.61 | |
| 8/4 | | Zelle to Tdf LLC on 08/04 Ref # Wfct22Hh4Rjc Payroll for Virtual Assistants | | 2,640.00 | |
| 8/4 | | Online Transfer to C & O O'Connor Holding, LLC Ref #Ib0Z7Qncls Business Checking August Rent | | 4,375.00 | |
| 8/4 | | WT Fed#01R01 Dime Community Ban /Ftr/Bnf=Accu Data Corp Srf# Ow00007278763521 Trn#260804136768 Rfb# Ow00007278763521 | | 22,308.65 | 38,026.61 |
| 8/5 | 1010 | Deposited OR Cashed Check | | 300.00 | 37,726.61 |
| 8/6 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 7,078.75 | | |
| 8/6 | | Recurring Payment authorized on 08/03 NMI*Nationwide 800-282-1446 IA S466216251101196 Card 0415 | | 245.57 | |
| 8/6 | | Recurring Payment authorized on 08/05 Spectrum 855-707-7328 MO S466217552598933 Card 0415 | | 309.32 | 44,250.47 |
| 8/7 | | Cook Children's Hcclaimpmt 260806 2773 TRN*1*000000000414192*1760585240\ | 51.55 | | |
| 8/7 | | Cook Children's Hcclaimpmt 260806 2773 TRN*1*000000000413854*1760585240\ | 90.10 | | 44,392.12 |
| 8/10 | | Purchase authorized on 08/08 Kroger Fuel Ctr #1 Mansfield TX S346220737020110 Card 0415 | | 75.76 | |
| 8/10 | | Tsys/Transfirst Merch Fees 260731 543684555975400 Treat NOW Family Clini | | 190.89 | 44,125.47 |
| 8/11 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 12,909.11 | | |
| 8/11 | | Purchase authorized on 08/10 Texas Secretary of 512-463-5601 TX S356222512766798 Card 0415 | | 25.00 | |
| 8/11 | | Purchase authorized on 08/10 Texas S.O.S. Svc 512-463-9308 MD S586222512781893 Card 0415 | | 0.68 | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/11 | | Purchase authorized on 08/10 Stericycle, Inc 847-943-6302 TX S386222606314007 Card 0415 | | 357.81 | 56,651.09 |
| 8/12 | < | Business to Business ACH Debit - United Healthcar EDI Paymts 850236409460 0810133~Iea*1*260810131~ | | 826.88 | 55,824.21 |
| 8/13 | | Recurring Payment authorized on 08/12 Arlington Water UT 817-275-2647 TX S466224458879611 Card 0415 | | 123.08 | |
| 8/13 | | Purchase authorized on 08/12 IN *HBS 866-2765278 TX S346224465854247 Card 0415 | | 1,485.00 | |
| 8/13 | < | Business to Business ACH Debit - Basys Processing ACH Collec 13930991 Treat NOW Family Cli | | 27.85 | |
| 8/13 | | Life Ins of SW xxxxxxxxxx Aug 12 85687545 1142924x | | 50.00 | |
| 8/13 | | Life Ins of SW xxxxxxxxxx Aug 12 85687544 1142900x | | 500.00 | 53,638.28 |
| 8/14 | | Cook Children's Hcclaimpmt 260813 2773 TRN*1*000000000414867*1760585240\ | 107.57 | | |
| 8/14 | | Cook Children's Hcclaimpmt 260813 2773 TRN*1*000000000415216*1760585240\ | 157.97 | | |
| 8/14 | | Purchase authorized on 08/13 Best Buy 00010355 Mansfield TX P466226041974427 Card 0415 | | 903.77 | |
| 8/14 | 1012 | Check | | 1,086.00 | |
| 8/14 | 1011 | Check | | 3,500.00 | 48,414.05 |
| 8/17 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 18,515.88 | | 66,929.93 |
| 8/18 | | Wire Trans Svc Charge - Sequence: 260818059017 Srf# Ow00007331714295 Trn#260818059017 Rfb# Ow00007331714295 | | 30.00 | |
| 8/18 | | Wire Trans Svc Charge - Sequence: 260818129488 Srf# Ow00007332601103 Trn#260818129488 Rfb# Ow00007332601103 | | 30.00 | |
| 8/18 | | WT 260818-059017 Manufacturers & Tra /Bnf=Offit Kurman PA Srf# Ow00007331714295 Trn#260818059017 Rfb# Ow00007331714295 | | 1,000.00 | |
| 8/18 | | WT Fed#01R01 Dime Commercial Ba /Ftr/Bnf=Accu Data Corp Srf# Ow00007332601103 Trn#260818129488 Rfb# Ow00007332601103 | | 22,406.33 | 43,463.60 |
| 8/19 | | Recurring Payment authorized on 08/18 Tmobile*Auto Pay 800-937-8997 WA S306230417673318 Card 0415 | | 573.23 | |
| 8/19 | 1013 | Cashed Check | | 200.00 | 42,690.37 |
| 8/24 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 12,538.33 | | |
| 8/24 | | Purchase authorized on 08/22 PY *Sewell Lexus O Dallas TX S346234667641505 Card 0415 | | 206.51 | |
| 8/24 | | Toyota ACH Rtl Tel 1Tcwzkpx6Xjxegd Blue Cloud Care Infor | | 1,500.00 | 53,522.19 |
| 8/25 | | Zelle From Natalie Dyer on 08/25 Ref # Usakuscoa9Ko Adhd Assessment | 100.00 | | |
| 8/25 | < | Business to Business ACH Debit - Novomedici Novomedici R4Wkvw0Grmharxp Catherine O'Connor | | 700.00 | |
| 8/25 | < | Business to Business ACH Debit - Sba Eidl Loan Payment 260824 0000 3146098002 | | 1,022.00 | |
| 8/25 | 1014 | Check | | 1,599.00 | 50,301.19 |
| 8/27 | | Life Ins of SW xxxxxxxxxx Aug 26 86256804 1142924x | | 50.00 | |
| 8/27 | | Life Ins of SW xxxxxxxxxx Aug 26 86256803 1142900x | | 500.00 | 49,751.19 |
| 8/28 | | Cook Children's Hcclaimpmt 260827 2773 TRN*1*000000000417257*1760585240\ | 51.55 | | |
| 8/28 | | Cook Children's Hcclaimpmt 260827 2773 TRN*1*000000000416901*1760585240\ | 141.65 | | |
| 8/28 | | Recurring Payment authorized on 08/26 Vbs*Vonage Busines 866-901-0242 GA S306239221906017 Card 0415 | | 170.95 | |
| 8/28 | | Life Ins of SW xxxxxxxxxx Aug 27 86303213 1142924x | | 50.00 | |
| 8/28 | | Life Ins of SW xxxxxxxxxx Aug 27 86303212 1142900x | | 500.00 | 49,223.44 |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/31 | | Life Ins of SW Reversal Aug 27 86427518 1142924x | 50.00 | | |
| 8/31 | | Life Ins of SW Reversal Aug 27 86427517 1142900x | 500.00 | | |
| 8/31 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 14,358.83 | | |
| 8/31 | | Purchase authorized on 08/30 Zeffy* The Society Zeffy.Com DE S586243146730296 Card 0415 | | 286.35 | |
| 8/31 | | Purchase authorized on 08/30 American Air001237 Fort Worth TX S386243149019832 Card 0415 | | 513.80 | 63,332.12 |
| Totals | | | $76,478.79 | $72,250.30 | |

***The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.***

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

Summary of checks written ***(checks listed are also displayed in the preceding Transaction history)***

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1010 | 8/5 | 300.00 | 1012 | 8/14 | 1,086.00 | 1014 | 8/25 | 1,599.00 |
| 1011 | 8/14 | 3,500.00 | 1013 | 8/19 | 200.00 | | | |

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2026 - 08/31/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $2,000.00 | $37,726.61 ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 28 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

WELLS FARGO

**TIP** Report check fraud right away. Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so it's important to review the check image as soon as it clears. Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Earn unlimited 2% cash rewards* on your business purchases with the Signify Business Cash® Credit Card

Start earning rewards on your everyday business expenses and easily redeem them to your account**, invest them back into your business, or use them to jump start your next big idea. With no caps or categories to track, the Signify Business Cash credit card is designed to be deliberately simple.

- Earn a $500 cash rewards bonus when you spend $5,000 in purchases for your business in the first 3 months.***
- Earn unlimited 2% cash rewards on purchases for your business - without caps or spending categories.*
- $0 Annual Fee****

To learn more about Signify Business Cash and how to apply, visit wellsfargo.com/signifycard

*Important Disclosures*
* 2% cash rewards are earned for every $1 spent in qualifying purchases, made on Business Card account(s), rounded to the nearest one cent. "Qualifying purchases" are net purchases (purchases minus returns/credits) and exclude cash advances and cash equivalents of any kind (such as ATM charges, overdraft protection advance, traveler's checks, money orders, pre-paid gift cards, person-to-person money transfers, digital currencies (to the extent accepted), and wire transfers); balance transfers including the use of SUPERCHECKS; disputes, illegal actions, and violations (such as disputed or illegal purchases or purchases that violate the terms of your agreements); fees and interest of any kind (such as late fees, returned payment fees, monthly or annual fees); and gambling transactions of any kind (such as bets or wagers transmitted over the internet, casino gaming chips, lottery tickets or off-track wagers). Refer to the Summary of Wells Fargo Business Rewards® Program Terms and Conditions and Signify Business Cash® Card at www.wellsfargo.com/biz/business-credit/credit-cards/signify-business-cash-credit-card-terms-conditions/#rewardssummary for further details.
** Redeem for Purchases allows you to redeem your Wells Fargo Business Rewards online for a statement credit to your eligible Wells Fargo business credit card account. To be eligible for Redeem for Purchases, each transaction must be $1 or more and you must have enough rewards to redeem for the entire amount of the transaction. Statement credits are applied to your outstanding balance and you are still required to make any payment due on your account. Rewards redeemed for purchases will be deducted from your rewards account balance immediately and all rewards redemptions are final. Statement credits will post to your account in 5 - 7 business days. Redeem for Purchases is offered subject to the Wells Fargo Business Rewards Program Terms and Conditions applicable to your card. For additional details visit Wells Fargo: Business Rewards Terms at wellsfargo.com/bizrewards and navigate to the Redeem for Purchases section.
*** To qualify for the $500 cash rewards bonus, a total of at least $5,000 in qualifying net purchases (purchases minus returns/credits) must post to your account within 3 months from the date your account is opened. The bonus cash rewards will show as redeemable within 60 days after they are earned. "Purchases" that do not apply to this offer and do not earn cash rewards include: cash advances and cash equivalents of any kind (such as ATM charges, cash advances (including overdraft protection advance), traveler's checks, money orders, pre-paid gift cards, person-to-person money transfers, digital currencies (to the extent accepted), and wire transfers); disputes, illegal actions, and violations (such as disputed or illegal purchases or purchases that violate the terms of your agreements); fees and

interest of any kind (such as late fees, returned payment fees, monthly or annual fees); gambling transactions of any kind (such as bets or wagers transmitted over the internet, casino gaming chips, lottery tickets or off-track wagers). Cash advances may affect the credit line available for this offer. Refer to the Summary of Wells Fargo Business Rewards® Program Terms and Conditions and Signify Business Cash® Card at www.wellsfargo.com/biz/business-credit/credit-cards/signify-business-cash-credit-card-terms-conditions/#rewardssummary for more information about the rewards program.
**** The introductory APR for purchases is 0% for 12 months from account opening. After that, a variable APR of 16.74% to 24.74% based on your creditworthiness and that of your business will apply. The variable APR for cash advances is 29.49%. These APRs will vary with the market based on the U.S. Prime Rate and are subject to a maximum APR of 29.99%. Minimum interest charge will be no less than $1.00. There is no annual fee. A cash advance fee of either $10 or 5% of the amount of each advance, whichever is greater, applies. A foreign currency conversion/foreign transaction fee of 3% of each transaction applies. A late payment fee of up to $40 will apply. This information about the cost of the credit card account described here is accurate as of 12/31/2025. To find out what may have changed, call 1-833-441-0793. The Signify Business Cash® Card is issued by Wells Fargo Bank, N.A.

---

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

WELLS FARGO

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.
- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.
- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.
- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance shown on your statement ........................ $ ______

ADD
B. Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ______
$ ______
$ ______
\+ $ ______

........................................ TOTAL $ ______

CALCULATE THE SUBTOTAL
(Add Parts A and B)
........................................ TOTAL $ ______

SUBTRACT
C. The total outstanding checks and withdrawals from the chart above ............. - $ ______

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ............................ $ ______

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801