**Fill in this information to identify the case:**

Debtor Name Blue Clouds Health Care Incorporated

United States Bankruptcy Court for the: Northern District of Texas

Case number: 26-42540-elm11

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: September 2026

Date report filed: 06/08/2026 (MM / DD / YYYY)

Line of business: Medical

NAISC code: ______

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Blue Clouds Health Care, Inc - Catherine O'Connor

Original signature of responsible party: Caueltttts

Printed name of responsible party: Catherine O'Connor

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Exibit B

I paid back the $10,000 that I borrowed to file the Backrupcy. The Fees I used to pay the Attorney

Debtor Name Blue Clouds Health Care Incorporated Case number 26-42540-elm11

17. Have you paid any bills you owed before you filed bankruptcy? ☒ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 63,332.12

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 69,325.29

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 108,115.57

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

\+ $ -38,790.28

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 24,541.84

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ ϕ

Exhibit D

| | | |
|---|---|---|
| 9/8/2026 | Blinds for the clinic | 2,300 |
| 9/10/2026 | Furniture, Chairs for the clinic | 1,639.99 |
| 9/10/2026 | Office of inspection General | 1,158.85 |
| 9/14/2026 | Home depot supplies | 90.87 |
| 9/16/2026 | Payment of Fees for Attorney retainer for Bankruptcy | $10,000 |
| 9/16/2026 | Payment For Supplies in clinic | $461.52 |
| 9/28/2026 | Refund Back to patient over payment | $1200.00 |

Debtor Name Blue Clouds Health Care Incorporated Case number 26-42540-elm11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** (*Exhibit F*) $ ______

## 5. Employees

26. What was the number of employees when the case was filed? 9
27. What is the number of employees as of the date of this monthly report? 9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ Ø
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ Ø
30. How much have you paid this month in other professional fees? $ ______
31. How much have you paid in total other professional fees since filing the case? $ ______

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** | | *Column B* **Actual** | | *Column C* **Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | – | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ | – | $ | = | $ |
| 33. **Cash disbursements** | $ | – | $ | = | $ |
| 34. **Net cash flow** | $ | – | $ | = | $ |

35. Total projected cash receipts for the next month: $ 80,000
36. Total projected cash disbursements for the next month: - $ 71,000
37. Total projected net cash flow for the next month: = $ 9,000

Debtor Name Blue Clouds Health Care Incorporated Case number 26-42540-elm11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

# Initiate Business Checking℠

September 30, 2026 ■ Page 1 of 7

BLUE CLOUDS HEALTH CARE INCORPORATED
DEBTOR IN POSSESSION
CH11 CASE #26-42540 (NTX)
729 N FIELDER RD STE A
ARLINGTON TX 76012-4664

Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Strengthen Your Security Before Peak Shopping Season

Fraud increases in the fall and during the busy holiday shopping season. Help protect your account by taking advantage of the security tools already available to you:

1) Add your card to a digital wallet(1)
- Pay conveniently and securely both in-store and online.
- Your card number remains private, helping to protect your account and information.
2) Know how to turn your credit or debit card on or off(2)
- Misplaced your card? No problem.
- Turning your card off can help stop unauthorized use until you find it again.
3) Enable two-factor authentication
- Add a second layer of account protection.
- Help detect and prevent unauthorized access to your accounts if your password is stolen.

The best part? It takes less than 10 minutes to set up. Just sign-on to the Wells Fargo Mobile® app(3) now to add these features.

WELLS FARGO

1. Digital wallets may not be available on all devices.
2. Turning off your card is not a replacement for reporting your card lost or stolen. Contact us immediately if you believe that unauthorized transactions have been made. Turning your card off will not stop card transactions presented as recurring transactions or the posting of refunds, reversals, or credit adjustments to your account. Any digital card numbers linked to the card will also be turned off. For debit cards, turning off your card will not stop transactions using other cards linked to your deposit account. For credit cards, turning off your card will turn off all cards associated with your credit card account.
3. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $63,332.12 |
| Deposits/Credits | 69,325.29 |
| Withdrawals/Debits | - 108,115.57 |
| Ending balance on 9/30 | $24,541.84 |

Account number: [redacted]7857 (primary account)
BLUE CLOUDS HEALTH CARE INCORPORATED
DEBTOR IN POSSESSION
CH11 CASE #26-42540 (NTX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): [redacted]

For Wire Transfers use
Routing Number (RTN): [redacted]

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/1 | | Recurring Payment authorized on 08/31 Reliant Energy 866-222-7100 TX S466243356676364 Card 0415 | | 530.50 | |
| 9/1 | | American Gen Lif Ins_Paymt 000736785416 Catherine Oconno260828 | | 420.00 | |
| 9/1 | | American Gen Lif Ins_Paymt 000724749961 Catherine Oconno260828 | | 433.00 | 61,948.62 |
| 9/2 | | Wire Trans Svc Charge - Sequence: 260902052512 Srf# Ow00007389816302 Trn#260902052512 Rfb# Ow00007389816302 | | 30.00 | |
| 9/2 | | WT Fed#01R00 Dime Commercial Ba /Ftr/Bnf=Accu Data Corp Srf# Ow00007389816302 Trn#260902052512 Rfb# Ow00007389816302 | | 22,773.73 | |
| 9/2 | | Zelle to Tdf LLC on 09/02 Ref # Wfct22Ltwfvg Virtual Assistants | | 3,520.00 | |
| 9/2 | | Zelle to Kenneth Baird on 09/02 Ref # Wfct22Ltwjk5 Collaboration Fees | | 2,000.00 | |
| 9/2 | | Life Ins of SW xxxxxxxxxx SEP 01 86562618 Ls0640283 | | 71.63 | 33,553.26 |
| 9/8 | | Zelle From Natalie Dyer on 09/08 Ref # Usasyg2Xkbne Adhd Appt | 50.00 | | |
| 9/8 | | eDeposit IN Branch 09/08/26 04:35:23 PM 3051 W Camp Wisdom Rd Grand Prairie TX 0415 | 7,836.00 | | |
| 9/8 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 5,188.94 | | |
| 9/8 | | Recurring Payment authorized on 09/03 NMI*Nationwide 800-282-1446 IA S356247239871655 Card 0415 | | 245.57 | |
| 9/8 | | Recurring Payment authorized on 09/05 Spectrum 855-707-7328 MO S386248573524852 Card 0415 | | 309.32 | |
| 9/8 | | Purchase authorized on 09/05 American Air001237 Fort Worth TX S346249158245792 Card 0415 | | 11.20 | |
| 9/8 | | Zelle to Jose on 09/06 Ref # Wfct22Mddc8Y Material Blinds for The Clinic | | 2,500.00 | 43,562.11 |
| 9/9 | | Purchase authorized on 09/08 Republic Services 866-576-5548 AZ S306251475120475 Card 0415 | | 388.18 | |
| 9/9 | 1016 | Check | | 3,500.00 | 39,673.93 |
| 9/10 | | Purchase authorized on 09/08 Dallas Designer Fu Denton TX S586252000216720 Card 0415 | | 1,639.99 | |

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/10 | | Tsys/Transfirst Merch Fees 260831 543684555975400 Treat NOW Family Clini | | 162.64 | |
| 9/10 | | Life Ins of SW xxxxxxxxxx SEP 09 86798377 1142924x | | 50.00 | |
| 9/10 | < | Business to Business ACH Debit - United Healthcar EDI Paymts 850236414266 0908133~lea*1*260908131~ | | 413.44 | |
| 9/10 | | Life Ins of SW xxxxxxxxxx SEP 09 86798376 1142900x | | 500.00 | |
| 9/10 | 1015 | Check | | 1,158.85 | 35,749.01 |
| 9/11 | | Recurring Payment authorized on 09/10 Arlington Water UT 817-275-2647 TX S586253483772282 Card 0415 | | 123.08 | 35,625.93 |
| 9/14 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 10,957.30 | | |
| 9/14 | | Purchase authorized on 09/11 Best Western Plus Nashville TN S586254565262774 Card 0415 | | 294.36 | |
| 9/14 | | Purchase authorized on 09/13 The Home Depot #0530 Cedar Hill TX P466256751080307 Card 0415 | | 90.87 | |
| 9/14 | | Online Transfer to C & O O'Connor Holding, LLC Ref #Ib037Mhbjm Business Checking Rent Payment | | 4,375.00 | |
| 9/14 | | Purchase Return authorized on 09/13 The Home Depot #0530 Cedar Hill TX P306256853524758 Card 0415 | 90.87 | | 41,913.87 |
| 9/15 | | Wire Trans Svc Charge - Sequence: 260915175338 Srf# Ow00007442121568 Trn#260915175338 Rfb# Ow00007442121568 | | 30.00 | |
| 9/15 | | Purchase authorized on 09/10 Best Western Plus Nashville TN S306253758559721 Card 0415 | | 314.36 | |
| 9/15 | | WT Fed#01R01 Dime Commercial Ba /Ftr/Bnf=Accu Data Corp Srf# Ow00007442121568 Trn#260915175338 Rfb# Ow00007442121568 | | 22,600.18 | |
| 9/15 | < | Business to Business ACH Debit - Basys Processing ACH Collec 14102308 Treat NOW Family Cli | | 27.85 | 18,941.48 |
| 9/16 | 1021 | Cashed Check | | 10,000.00 | |
| 9/16 | | Purchase authorized on 09/16 USPS PO 48033709 300 E So Arlington TX P466259677296202 Card 0415 | | 7.19 | |
| 9/16 | 1017 | Check | | 461.52 | 8,472.77 |
| 9/21 | | eDeposit IN Branch 09/21/26 04:47:42 PM 3051 W Camp Wisdom Rd Grand Prairie TX 0415 | 1,278.20 | | |
| 9/21 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 29,539.40 | | |
| 9/21 | | Wire Trans Svc Charge - Sequence: 260921244073 Srf# 0073359264937357 Trn#260921244073 Rfb# | | 40.00 | |
| 9/21 | | Recurring Payment authorized on 09/18 Tmobile*Auto Pay 800-937-8997 WA S306261379824246 Card 0415 | | 450.03 | |
| 9/21 | | WT Fed#01R01 Manufacturers Tr /Ftr/Bnf=Offit Kurman PA Srf# 0073359264937357 Trn#260921244073 Rfb# | | 1,000.00 | 37,800.34 |
| 9/22 | | Toyota ACH Rtl Tel Ze2Zv3L92Dzekd1 Blue Cloud Care Infor | | 1,500.00 | 36,300.34 |
| 9/24 | | Recurring Payment authorized on 09/23 Stericycle, Inc 847-943-6302 TX S306267120079972 Card 0415 | | 60.61 | |
| 9/24 | | Life Ins of SW xxxxxxxxxx SEP 23 87370336 1142924x | | 50.00 | |
| 9/24 | | Life Ins of SW xxxxxxxxxx SEP 23 87370335 1142900x | | 500.00 | 35,689.73 |
| 9/25 | | Cook Children's Hcclaimpmt 260924 2773 TRN*1*000000000421429*1760585240\ | 90.10 | | |
| 9/25 | | Cook Children's Hcclaimpmt 260924 2773 TRN*1*000000000421066*1760585240\ | 319.32 | | |
| 9/25 | < | Business to Business ACH Debit - Sba Eidl Loan Payment 260924 0000 3146098002 | | 1,022.00 | 35,077.15 |
| 9/28 | | Zelle From Cervantes Brittany on 09/28 Ref # Wfct22Pw2Prc | 25.00 | | |
| 9/28 | | Transfer IN Branch - From Blue Clouds Health Care Incorporated DDA xxxxxx6630 3051 W Camp Wisdom Rd Grand Prairie TX | 13,844.00 | | |
| 9/28 | | Purchase authorized on 09/26 The Home Depot #0530 Cedar Hill TX P346269722682177 Card 0415 | | 44.83 | |
| 9/28 | | Recurring Payment authorized on 09/26 Vbs*Vonage Busines 866-901-0242 GA S586270221089875 Card 0415 | | 170.95 | |
| 9/28 | 1018 | Cashed Check | | 200.00 | 48,530.37 |

WELLS FARGO

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/29 | | Mobile Deposit : Ref Number :909290914793 | 106.16 | | |
| 9/29 | | Wire Trans Svc Charge - Sequence: 260929166181 Srf# Ow00007495219832 Trn#260929166181 Rfb# Ow00007495219832 | | 30.00 | |
| 9/29 | | WT Fed#02R01 Dime Commercial Ba /Ftr/Bnf=Accu Data Corp Srf# Ow00007495219832 Trn#260929166181 Rfb# Ow00007495219832 | | 22,931.69 | |
| 9/29 | < | Business to Business ACH Debit - Novomedici Novomedici Tvcxgkfmucxmv75 Catherine O'Connor | | 700.00 | 24,974.84 |
| 9/30 | | American Gen Lif Ins_Paymt 000747804760 Catherine Oconno260928 | | 433.00 | 24,541.84 |
| Totals | | | $69,325.29 | $108,115.57 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< Business to Business ACH: *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1015 | 9/10 | 1,158.85 | 1017 | 9/16 | 461.52 | 1021 * | 9/16 | 10,000.00 |
| 1016 | 9/9 | 3,500.00 | 1018 | 9/28 | 200.00 | | | |

* *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2026 - 09/30/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $2,000.00 | $8,472.77 ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 64 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

WELLS FARGO

**TIP** Report check fraud right away. Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so it's important to review the check image as soon as it clears. Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Earn unlimited 2% cash rewards* on your business purchases with the Signify Business Cash® Credit Card

Start earning rewards on your everyday business expenses and easily redeem them to your account**, invest them back into your business, or use them to jump start your next big idea. With no caps or categories to track, the Signify Business Cash credit card is designed to be deliberately simple.

- Earn a $500 cash rewards bonus when you spend $5,000 in purchases for your business in the first 3 months.***
- Earn unlimited 2% cash rewards on purchases for your business - without caps or spending categories.*
- $0 Annual Fee****

To learn more about Signify Business Cash and how to apply, visit wellsfargo.com/signifycard

*Important Disclosures*
* 2% cash rewards are earned for every $1 spent in qualifying purchases, made on Business Card account(s), rounded to the nearest one cent. "Qualifying purchases" are net purchases (purchases minus returns/credits) and exclude cash advances and cash equivalents of any kind (such as ATM charges, overdraft protection advance, traveler's checks, money orders, pre-paid gift cards, person-to-person money transfers, digital currencies (to the extent accepted), and wire transfers); balance transfers including the use of SUPERCHECKS; disputes, illegal actions, and violations (such as disputed or illegal purchases or purchases that violate the terms of your agreements); fees and interest of any kind (such as late fees, returned payment fees, monthly or annual fees); and gambling transactions of any kind (such as bets or wagers transmitted over the internet, casino gaming chips, lottery tickets or off-track wagers). Refer to the Summary of Wells Fargo Business Rewards® Program Terms and Conditions and Signify Business Cash® Card at www.wellsfargo.com/biz/business-credit/credit-cards/signify-business-cash-credit-card-terms-conditions/#rewardssummary for further details.
** Redeem for Purchases allows you to redeem your Wells Fargo Business Rewards online for a statement credit to your eligible Wells Fargo business credit card account. To be eligible for Redeem for Purchases, each transaction must be $1 or more and you must have enough rewards to redeem for the entire amount of the transaction. Statement credits are applied to your outstanding balance and you are still required to make any payment due on your account. Rewards redeemed for purchases will be deducted from your rewards account balance immediately and all rewards redemptions are final. Statement credits will post to your account in 5 - 7 business days. Redeem for Purchases is offered subject to the Wells Fargo Business Rewards Program Terms and Conditions applicable to your card. For additional details visit Wells Fargo: Business Rewards Terms at wellsfargo.com/bizrewards and navigate to the Redeem for Purchases section.
*** To qualify for the $500 cash rewards bonus, a total of at least $5,000 in qualifying net purchases (purchases minus returns/credits) must post to your account within 3 months from the date your account is opened. The bonus cash rewards will show as redeemable within 60 days after they are earned. "Purchases" that do not apply to this offer and do not earn cash rewards include: cash advances and cash equivalents of any kind (such as ATM charges, cash advances (including overdraft protection advance), traveler's checks, money orders, pre-paid gift cards, person-to-person money transfers, digital currencies (to the extent accepted), and wire transfers); disputes, illegal actions, and violations (such as disputed or illegal purchases or purchases that violate the terms of your agreements); fees and

interest of any kind (such as late fees, returned payment fees, monthly or annual fees); gambling transactions of any kind (such as bets or wagers transmitted over the internet, casino gaming chips, lottery tickets or off-track wagers). Cash advances may affect the credit line available for this offer. Refer to the Summary of Wells Fargo Business Rewards® Program Terms and Conditions and Signify Business Cash® Card at www.wellsfargo.com/biz/business-credit/credit-cards/signify-business-cash-credit-card-terms-conditions/#rewardssummary for more information about the rewards program.

**** The introductory APR for purchases is 0% for 12 months from account opening. After that, a variable APR of 16.74% to 24.74% based on your creditworthiness and that of your business will apply. The variable APR for cash advances is 29.49%. These APRs will vary with the market based on the U.S. Prime Rate and are subject to a maximum APR of 29.99%. Minimum interest charge will be no less than $1.00. There is no annual fee. A cash advance fee of either $10 or 5% of the amount of each advance, whichever is greater, applies. A foreign currency conversion/foreign transaction fee of 3% of each transaction applies. A late payment fee of up to $40 will apply. This information about the cost of the credit card account described here is accurate as of 12/31/2025. To find out what may have changed, call 1-833-441-0793. The Signify Business Cash® Card is issued by Wells Fargo Bank, N.A.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

WELLS FARGO

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER

A. The ending balance shown on your statement ...................... $ ____________

ADD

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ____________
$ ____________
$ ____________
\+ $ ____________

...................................... TOTAL $ ____________

CALCULATE THE SUBTOTAL
(Add Parts A and B)

...................................... TOTAL $ ____________

SUBTRACT

C. The total outstanding checks and withdrawals from the chart above ............. - $ ____________

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ........................... $ ____________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801